1  OFFICE OF THE MONTEREY COUNTY COUNSEL
   CHARLES J. MCKEE (SBN 152458), COUNTY COUNSEL
2  LEROY W. BLANKENSHIP (SBN 065233), ASSISTANT COUNTY COUNSEL
   EFREN N. IGLESIA (SBN 71309), SENIOR DEPUTY COUNTY COUNSEL
3  168 W. ALISAL, 3RD FLOOR
   SALINAS, CA 93901-2680
4  Telephone: (831) 755-5045
   Facsimile: (831) 755-5283
5
   NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
6  STEPHEN N. ROBERTS (SBN 062538)
   NICOLE A. TUTT (SBN 179244)
7  50 CALIFORNIA STREET, 34TH FLOOR
   SAN FRANCISCO, CALIFORNIA 94111-4799
8  Telephone: (415) 398-3600
   Facsimile: (415) 398-2438
9  Email: montereycase@nossaman.com

10 NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   JOHN J. FLYNN (SBN 076419)
11 18101 VON KARMAN AVENUE
   IRVINE, CA 92612-0177
12 Telephone: (949) 833-7800
   Facsimile: (949) 833-7878
13 Email: montereycase@nossaman.com

14 Attorneys for Defendants/Respondents
   BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY;
15 TONY ANCHUNDO, IN HIS CAPACITY AS MONTEREY COUNTY
   REGISTRAR OF VOTERS; AND THE COUNTY OF MONTEREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MELENDEZ, KEN GRAY, JYL LUTES, CAROLYN ANDERSON, AND LANDWATCH MONTEREY COUNTY, | Case No.: C 06 2369 |
| Plaintiffs, | **NOTICE OF RELATED CASE** [Pursuant to Civil Local Rule 3-12] |
| vs. | |
| BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY; TONY ANCHUNDO, IN HIS CAPACITY AS MONTEREY COUNTY REGISTRAR OF VOTERS; COUNTY OF MONTEREY; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

201087_1.DOC                    -1-
NOTICE OF RELATED CASE

TO THE COURT, RANCHO SAN JUAN OPPOSITION COALITION; CITIZENS FOR RESPONSIBLE GROWTH; and JULIE ENGELL, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendants BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY, TONY ANCHUNDO, in his capacity as MONTEREY COUNTY REGISTRAR OF VOTERS, and the COUNTY OF MONTEREY ("Defendants") submit this notice of related case and request for single judge assignment, pursuant to Northern District of California Local Rule 3-12. The above complaint of Plaintiffs may be related to the following case now pending in the U.S. District Court for the Northern District of California, San Jose Division:

1. *Sabas Rangel and Maria Buell v. The County Of Monterey, the Board Of Supervisors Of The County Of Monterey, and Tony Anchundo, In His Capacity As Registrar Of Voters Of The County Of Monterey*, No. C06-02202 JW RS filed on March 27, 2006.

Pursuant to N.D. Cal. Local Rule 3-12, the above-noted lawsuits are related and should be assigned to the same judge. Both cases involve identical defendants, the County of Monterey, its Board of Supervisors, and its Registrar of Elections, as well as common facts and defenses. The common facts arise out of the circumstance that Defendants are being sued in *Rangel* for allegedly failing to ensure that a petition seeking to place a Referendum on the ballot in upcoming Monterey County elections complied with the Federal Voting Rights Act of 1965 ("FVRA") by requiring the petition and related documents to be in Spanish as well as English, whereas they are being sued in this action for removing the Referendum from the ballot for the very reason that Defendants considered the Referendum petition to be in breach of FVRA. Issues of law common to both actions will be the question of whether FVRA, the regulations promulgated thereunder, and case law interpreting the provisions of FVRA, apply to Referendum petitions circulated by private citizens.

Assigning these cases to the same judge, who will be familiar with the parties and issues in dispute, will save judicial resources and expenses and avoid duplicative litigation and inconsistent judicial rulings. Legal expenses for defendants will increase if the cases are allowed to proceed on separate case management tracks, and assignment of both these cases to the same judge will promote an efficient determination of both actions, and avoid the possibility of conflicting outcomes.

For all the forgoing reasons, Defendants respectfully request the Court to relate the above-noted cases and assign them to the same judge pursuant to Local Rule 3-12 for the Northern District of California.

Dated: April 4, 2006

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS
NICOLE A. TUTT
JOHN J. FLYNN

By: _____
STEPHEN N. ROBERTS

Attorneys for Defendants/Respondents
BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY; TONY ANCHUNDO, IN HIS CAPACITY AS MONTEREY COUNTY REGISTRAR OF VOTERS; AND THE COUNTY OF MONTEREY

# PROOF OF SERVICE

The undersigned declares:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman, Guthner, Knox & Elliott, LLP, 50 California Street, 34th Floor, San Francisco, California 94111.

On April 4, 2006, I served the foregoing **NOTICE OF RELATED CASE** on parties to the within action by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope, addressed as shown on the attached service list.

(X) (By U.S. Mail) On the same date, at my said place of business, said correspondence was sealed and placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at San Francisco, California.

( ) (By Facsimile) I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), to the number(s) listed on the attached sheet. Said transmission was reported complete and without error. A transmission report was properly issued by the transmitting facsimile machine, which report states the time and date of sending and the telephone number of the sending facsimile machine. A copy of that transmission report is attached hereto.

( ) (By Overnight Service) I served a true and correct copy by overnight delivery service for delivery on the next business day. Each copy was enclosed in an envelope or package designated by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for; addressed as shown on the accompanying service list.

Executed on April 4, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Terry Avilez

201087_1.DOC

-1-

**ATTORNEYS FOR PETITIONERS AND PLAINTIFFS**

Frederic D. Woocher, Esq.
Michael J. Strumwasser, Esq.
Zahrah Washington
Strumwasser & Woocher LLP
100 Wilshire Blvd., Suite 1900
Santa Monica, CA 90401
(Facsimile No. 310/319-0156)

J. William Yeates, Esq.
Keith G. Wagner, Esq.
Jason R. Flanders, Esq.
Law Office of J. William Yeates
3400 Cottage Way, Suite K
Sacramento, CA 95825
(Facsimile No. 916/609-5001)

201087_1.DOC -2-
PROOF OF SERVICE