**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    SAN JOSE DIVISION

| | |
|---|---|
| Rancho San Juan Opposition Coalition, et al., | NO. C 06-02369 JW<br>NO. C 06-02202 |
| Rangel,<br>        Plaintiffs,<br>  v.<br>Board of Supervisors of the County of Monterey, et al.,<br>        Defendants._____/ | **ORDER GRANTING TELEPHONIC STATUS CONFERENCE** |

The Court grants counsel's request for a telephonic status conference in the above cases. The conference shall be on **Wednesday, June 28, 2006 at 2 p.m.**  The parties shall designate a representative counsel to contact the Courtroom Deputy (535-5356) with a conference number where the Court can participate in the conference.

Dated: June 27, 2006

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ciaran Sullivan cosullivan@nossaman.com
Fredric D. Woocher fwoocher@strumwooch.com
Leroy W. Blankenship blankenshipl@co.monterey.ca.us
Michael J. Strumwasser mstrumwasser@strumwooch.com
Stephen N. Roberts sroberts@nossaman.com
Joaquin Guadalupe Avila avilaj@seattleu.edu

Dated:  June 27, 2006                                                      Richard W. Wieking, Clerk

                                                                                  By:  **/s/ JW Chambers**
                                                                                          **Melissa Peralta**
                                                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California