1  FREDRIC D. WOOCHER (SBN 96689)
   MICHAEL J. STRUMWASSER (SBN 58413)
2  BRYCE A. GEE (SBN 222700)
   STRUMWASSER & WOOCHER LLP
3  100 Wilshire Boulevard, Suite 1900
   Santa Monica, California 90401
4  Telephone:   (310) 576-1233
5  Facsimile:   (310) 319-0156
   E-mail: fwoocher@strumwooch.com
6
   J. WILLIAM YEATES (SBN 84343)
7  KEITH G. WAGNER (SBN 210042)
   JASON R. FLANDERS (SBN 238007)
8  LAW OFFICE OF J. WILLIAM YEATES
   3400 Cottage Way, Suite K
9  Sacramento, CA 95825
10 Telephone:   (916) 609-5000
   Facsimile:   (916) 609-5001
11 E-mail: byeates@enviroqualitylaw.com

12 Attorneys for Plaintiffs
   Rancho San Juan Opposition Coalition, et al.
13

14                    UNITED STATES DISTRICT COURT
15                    NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| RANCHO SAN JUAN OPPOSITION COALITION; CITIZENS FOR RESPONSIBLE GROWTH; and JULIE ENGELL,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY; TONY ANCHUNDO, in his capacity as MONTEREY COUNTY REGISTRAR OF VOTERS; COUNTY OF MONTEREY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 06-2369 JW<br><br>DECLARATION OF FREDRIC D. WOOCHER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION<br><br>Judge: Hon. James Ware<br>Ctrm: 8 |

Printed on Recycled Paper

DECLARATION OF FREDRIC D. WOOCHER

I, Fredric D. Woocher, hereby declare:

1. I am an attorney admitted to practice in the State of California and am a member of the bar of this Court. I am a partner in the firm Strumwasser & Woocher LLP, co-counsel for Plaintiffs Rancho San Juan Opposition Coalition et al. in this action. I have personal knowledge of the statements herein, and if called upon to do so, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Order Regarding Plaintiffs' Motion for a Preliminary Injunction issued by the district court in *Chinchay v. Verjil*, No. 06-1637 (C.D. Cal. Apr. 10, 2006).

3. Attached hereto as Exhibit B is a true and correct copy of the Order Re: Defendants-in-Intervention's Motion for Reconsideration and Motion to Dismiss issued by the district court in *Chinchay v. Verjil*, No. 06-1637 (C.D. Cal. June 19, 2006).

4. Attached hereto as Exhibit C is a true and correct copy of the Order Granting Defendant Nina Castruita's Ex Parte Application for Clarification of Order Granting Preliminary Injunction and Retroactively Denying Motion for Preliminary Injunction issued by the district court in *Imperial v. Castruita*, No. 05-8940 (C.D. Cal. May 24, 2006).

5. Attached hereto as Exhibit D is a true and correct copy of the Order Granting Defendant Vivian Martinez's Motion to Dismiss Plaintiffs' First Amended Complaint entered by the District Court in *Padilla v. Lever*, No. 02-1145 (C.D. Cal. Feb. 25, 2003).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 3 day of July, 2006, at Santa Monica, California.

_____/ s /_____
Fredric D. Woocher

1