# Exhibit J (part 1)

| Project Name: _Butterfly Village (HYH Property)_ | | |
|---|---|---|
| Condition Compliance and/or Mitigation Monitoring Reporting Plan | File No: _PLN20470_   APNs: _Multiple (See Attachment)_ Approval by: _Board of Supervisors_   Date: _12/14/2004 (Revised 11/7/05)_ | |

*Monitoring or Reporting refers to projects with an EIR or adopted Mitigated Negative Declaration per Section 21081.6 of the Public Resources Code.

| Monterey County Planning and Building Inspection | | Applicant * | On-going |
|---|---|---|---|
| 1. | **PLANNING AND BUILDING INSPECTION** Combined Development Permit consisting of: 1) Vesting Tentative Subdivision Map to create parcels for 739 single-family units, 338 multi-family units, two parcels totaling 7.6 acres for 141 golf villas/timeshares, two parcels for 45,000 sq. ft. of commercial use, 216 acres for an 18-hole golf course and club house, 134.7 acres of open space, 10.7 acres of parks, a 7.3 acre parcel for golf course maintenance facilities, 11.3 acres of roads, a 15.4 acre parcel for wastewater treatment facility and 32.8 acres for Highway 101 Bypass; and four (4) Use Permits for wastewater treatment plant, golf course, development on slopes over 30% and tree removals. The property is on nine (9) existing parcels occupying approximately 671 acres North of San Juan Grade Road and East of Harrison Road (Assessor's Parcel Numbers 113-271-014-000, 113-212-043-000, 113-212-044-000, 113-212-044-000, 113-212-003-000, 113-212-055-000, 113-212-056-000, 113-212-057-000 and 113-212-058-000), Greater Salinas Area and Rancho San Juan Specific Plan. The project is in accordance with County ordinances and land use regulations | * The term "Applicant" as used in this document means the | |

| | | Applicant, Subdivider, Property Owners, or Successor(s) in Interest | |
|---|---|---|---|
| | subject to the following terms and conditions. The uses permitted shall be as specified in Table 7-4, Permitted Uses Matrix, in the Rancho San Juan Specific Plan. Neither the uses nor the construction allowed by this permit shall commence unless and until all of the conditions of this permit are met to the satisfaction of the Director of Planning and Building Inspection. Any use or construction not in substantial conformance with the terms and conditions of this permit is a violation of County regulations and may result in modification or revocation of this permit and subsequent legal action. No use or construction other than that specified by this permit is allowed unless additional permits are approved by the appropriate authorities. (Planning and Building Inspection) | | |
| 2. | PLANNING AND BUILDING INSPECTION Pursuant to the State Public Resources Code, State Fish and Game Code, and California Code of Regulations, the applicant shall pay a fee, to be collected by the County, within five (5) calendar days of project approval – prior to filing of the Notice of Determination. This fee shall be paid on or before the filing of the Notice of Determination. Proof of payment shall be furnished by the applicant to the Director of Planning and Building Inspection prior to the recordation of the tentative map, the commencement of the use, or the issuance of building and/or grading permits, whichever occurs first. The project shall not be operative, vested or final until the filing fees are paid. (Planning and Building Inspection) | Proof of payment shall be furnished by the applicant to the Planning and Building Inspection | Applicant | Prior to filing Notice of Determination |

| | | | | |
|---|---|---|---|---|
| 3. | **PLANNING AND BUILDING INSPECTION** The applicant shall comply with all project-specific mitigation measures as certified and adopted by the County within the Rancho San Juan and HYH Project EIR, and as specified within the adopted Mitigation Monitoring and Reporting Program. (Planning and Building Inspection) | Evidence of compliance with the project specific mitigation measures shall be submitted to Planning and Building Inspection | Applicant | On-going | |
| 4. | **PLANNING AND BUILDING INSPECTION** **NOTE ON FINAL MAP** - A note shall be included on the final map or by a separate document that shall indicate its relationship to the final map, recorded simultaneously with the final map, as follows: "Reports have been prepared for this property as listed below, and are on file in the Monterey County Planning and Building Inspection Department. The recommendations contained in said reports shall be followed in all further development of this property." <br>• Wildlife Survey Report and Botanical Inventory and Survey Report for Special Status Plant Species by Sycamore Environmental Consultants dated July 9, 1998. <br>• Geotechnic, Hydrologic and Geotechnical Assessment Report Rancho San Juan by Kleinfelder, Inc., March 12, 2003. <br>• Forest Management Plan by /Staub Forestry and Environmental Consulting dated June 2004. <br>• Comprehensive Drainage Control Report and Percolation Ponds by /Bestor Engineers dated June 11, 2004. <br>• Volume One Geotechnic and Geotechnical | Applicant's engineer shall include note on Final Map <br><br>Final Map with notes shall be submitted to Planning and Building Inspection and Public Works for review. | Applicant's Engineer | Prior to Recordat ion of Final Map | |

| # | Condition | | | |
|---|---|---|---|---|
| 5. | Preliminary Soils Report for Butterfly Estates by Haro, Kasunich and Associates, Inc. dated January 2003.<br><br>• Volume Two Appendices for Geotechnic and Geotechnical Preliminary Soils Report for Butterfly Estates by Haro, Kasunich and Associates, Inc. dated January 2003.<br><br>The note shall be located in a conspicuous location, subject to the approval of the County Surveyor. This condition will also apply to the use permit for tree removal. Reference Permit Condition No. 241. (Planning and Building Inspection)<br><br>PLANNING AND BUILDING INSPECTION NOTE ON FINAL MAP: A note shall be included on the final map or by a separate document that shall indicate its relationship to the final map, recorded simultaneously with the final map, as follows: "CC& R's for the residential development shall contain regulations for landscaping consistent with applicable ordinances. (Planning and Building Inspection) | Applicant's engineer shall include note on Final Map | Applicant's Engineer | Prior to Recordat ion of Final Map | |
| 6. | PLANNING AND BUILDING INSPECTION NOTE ON FINAL MAP AND IMPROVEMENT PLANS: A note shall be included on the Subdivision Improvement Plans and on the final map for each phase or a separate sheet to be recorded with each phase of the final map indicating that "Underground utilities are required in this subdivision in accordance with Chapter 19.10.095, Title 19 of the Monterey County Code." Such facilities shall be installed or bonded prior to filing the final map. The note shall be located in a | Applicant's engineer shall include note on Subdivision Improvement Plans and Final Map | Applicant's Engineer | Prior to Recordat ion of Final Map | |

| No. | Condition | | Responsibility | Timing |
|---|---|---|---|---|
| | conspicuous manner subject to the approval of the Director of Planning and Building Inspection. (Planning and Building Inspection) | | | |
| 7. | **PLANNING AND BUILDING INSPECTION NOTE ON FINAL MAP:** A note shall be included on the final map or by a separate document that shall indicate its relationship to the final map, recorded simultaneously with the final map, as follows: "Mandatory garbage collection shall be required and that the project shall comply with the Monterey County Solid Waste Management Plan including recycling efforts." **(Planning and Building Inspection)** | | Applicant's engineer shall include note on Final Map | Applicant's Engineer | Prior to Recordation of Final Map |
| 8. | **PLANNING AND BUILDING INSPECTION NOTE ON FINAL MAP AND IMPROVEMENT PLANS:** A note shall be included on the Subdivision Improvement Plans and on the final map or by a separate document that shall indicate its relationship to the final map, recorded simultaneously with the final map, as follows: "Soil disturbance activities, such as road grading, shall be limited to the period between April 15 and October 15 unless Winter season operating conditions of the Erosion Control Ordinance are met and in place and are identified on the erosion control plan and improvement plans subject to the approval of the Director of Planning and Building Inspection prior to filing the Final Map. In addition, any soil exposed during construction between October 15 and April 15 shall be protected by implementing Permit Conditions No.'s 48, 58, 59, 71 and 129. A note regarding erosion control for Winter season grading operations shall be included on the erosion control plan and the | | Applicant's engineer shall include note on Subdivision Improvement Plans and Final Map. | Applicant's Engineer | Prior to Recordation of Final Map |

| | | | |
|---|---|---|---|
| | improvement plans and incorporated in the CC& R's." (Planning and Building Inspection) | | |
| 9. | PLANNING AND BUILDING INSPECTION NOTE ON FINAL MAP AND IMPROVEMENT PLANS: A note shall be included on the Subdivision Improvement Plans and on the final map or by a separate document that shall indicate its relationship to the final map, recorded simultaneously with the final map, as follows: "That any street lights in the development be approved by the Director of Planning and Building Inspection and Public Works." (Planning and Building Inspection) | Applicant's engineer shall include note on Subdivision Improvement Plans and Final Map. | Applicant's Engineer | Prior to Recordat ion of Final Map |
| 10. | PLANNING AND BUILDING INSPECTION NOTE ON FINAL MAP AND IMPROVEMENT PLANS: A note shall be included on the Subdivision Improvement Plans and on the final map or by a separate document that shall indicate its relationship to the final map, recorded simultaneously with the final map, as follows: "That a grading permit shall be required pursuant to the Monterey County Code relative to Grading, Chapter 16.08." (Planning and Building Inspection) | Applicant's engineer shall include note on Subdivision Improvement Plans and Final Map. | Applicant's Engineer | Prior to Recordat ion of Final Map |

| No. | | | | |
|---|---|---|---|---|
| 11. | **PLANNING AND BUILDING INSPECTION**<br>**NOTE ON FINAL MAP AND IMPROVEMENT PLANS:**<br>A note shall be included on the Subdivision Improvement Plans and on the final map or by a separate document that shall indicate its relationship to the final map, recorded simultaneously with the final map, as follows: "No wetland alteration shall be allowed unless in accordance with a permit issued by the U.S. Army Corps of Engineers." (Planning and Building Inspection) | Applicant's engineer shall include note on Subdivision Improvement Plans and Final Map. | Applicant's Engineer | Prior to Recordation of Final Map |
| 12. | **PLANNING AND BUILDING INSPECTION**<br>The applicant shall enter into an agreement with the County to implement a Mitigation Monitoring and/or Reporting Plan in accordance with Section 21081.6 of the California Public Resources Code and Section 15097 of Title 14, Chapter 3 of the California Code of Regulations. Compliance with the fee schedule adopted by the Board of Supervisors for mitigation monitoring shall be required and payment made to the County of Monterey at the time the property owner submits the signed mitigation monitoring agreement. (Planning and Building Inspection) | Enter into agreement with the County to implement a Mitigation Monitoring Program.<br><br>Fees shall be submitted at the time the property owner submits the signed mitigation monitoring agreement. | Applicant | Prior to issuance of grading permit or building permit |
| 13. | **PLANNING AND BUILDING INSPECTION**<br>The property owner agrees as a condition and in consideration of the approval of this discretionary development permit that it will, pursuant to agreement, cooperate in good faith with the County of Monterey in jointly defending County or its agents, officers and employees from any claim, action or proceeding against the County or its agents, officers or employees to attack, set aside, void or annul this approval, which action is brought within the time period provided for under law. | Proof of recordation of the Indemnification Agreement, as outlined, shall be submitted to Planning and Building Inspection | Applicant | Upon demand of County Counsel or concurrent with the |

| | | | |
|---|---|---|---|
| | including but not limited to, Government Code Section 66499.37, as applicable (a "Challenge"). The parties shall execute a joint defense agreement under which each party shall bear its own fees and costs of defending a Challenge. Neither party shall settle a Challenge without the approval of the other party. Owner shall indemnify and hold County harmless from damages and liabilities arising from the Challenge. The parties shall consult regularly with, and consider in good faith input received from each other, regarding defense against the Challenge. (Planning and Building Inspection). | | issuance of building permits, use of the property, recordation of the final map, whichever occurs first and as applicable |
| 14. | PLANNING AND BUILDING INSPECTION<br>That a conservation easement be conveyed to the County of Monterey or other qualified tax-exempt nonprofit organization approved by the County over those portions of the property where the slope exceeds 30 percent. Portions of the property for which a use permit for development on slopes in excess of 30% has been approved shall be excepted from the conservation easement. Conservation easement deed to be submitted to and approved by the Director of Planning and Building Inspection, accepted by the Board of Supervisors and recorded concurrent with filing of the final map. (Planning and Building Inspection) | Submit approved and recorded conservation easement to Planning and Building Inspection | Applicant | Prior to Recordation of Final Map |

| | | | | |
|---|---|---|---|---|
| 15. | **PLANNING AND BUILDING INSPECTION** Improvement and grading plans shall include an implementation schedule of measures for the prevention and control of erosion, siltation and dust during and immediately following construction and until erosion control planting becomes established. This program shall be approved by the Director of Planning and Building Inspection. **(Planning and Building Inspection)** | Evidence of compliance with the Implementation Schedule shall be submitted to Planning and Building Inspection during the course of construction until project completion as approved by the Director of Planning and Building Inspection | Applicant | Prior to issuance of grading permit or building permit |
| 16. | **PLANNING AND BUILDING INSPECTION** Prior to the issuance of a building permit, the applicant shall reimburse the County for a share of the total Specific Plan and EIR costs **(Planning and Building Inspection)** | County shall calculate the required amount as set forth in Paragraph 8.c, of the Stipulation between HYH Corporation and Monterey County filed on September 10, 2002. Applicant shall pay the full amount due prior to issuance of the first building permit. | Applicant | Prior to issuance of building permit |
| 17. | **PLANNING AND BUILDING INSPECTION** Prior to the issuance of a building permit, the applicant shall pay a fire impact fee of $0.29 per square foot of residential construction. **(Planning and Building Inspection)** | Pay the required fee and provide proof of payment to Planning and Building Inspection | Applicant | Prior to issuance of building permit |
| 18. | **PLANNING AND BUILDING INSPECTION** Prior to issuance of a building permit, the applicant shall pay a library impact fee of $0.108 per square foot of residential construction, adjusted to reflect the change in the U.S. Department of Labor, Bureau of Labor Statistics Chained Consumer Price Index for All Urban Consumers ("C-CPI-U") between the date of full execution of this stipulation and the date when the fees are paid (see Paragraph 5.d, of the Stipulation between HYH Corporation and Monterey County | Pay the required fee and provide proof of payment to Planning and Building Inspection | Applicant | Prior to issuance of building permit |

| Condition | Description | Action | Responsible Party | Timing |
|---|---|---|---|---|
| | filed on September 10, 2002). (Planning and Building Inspection) | | | |
| 19. | **PLANNING AND BUILDING INSPECTION** Prior to the issuance of a building permit, the applicants shall pay any applicable school impact fees to the Santa Rita Union School District, Laguna Elementary School District and Salinas Union High School District (see Paragraph 5.d. of the Stipulation between HYN Corporation and Monterey County filed on September 10, 2002). (Planning and Building Inspection) | Pay the required school fees and provide proof of payment to Planning and Building Inspection | Applicant | Prior to issuance of building permit |
| 20. | **PLANNING AND BUILDING INSPECTION** The applicant shall record a notice which states: "A permit (Resolution 04-425) was approved by the Board of Supervisors for Assessor's Parcel Numbers 113-271-014-000, 113-212-043-000, 113-212-044-000, 113-212-004-000, 113-212-003-000, 113-212-055-000, 113-212-056-000, 113-212-057-000 and 113-212-058-000 on December 14, 2004. The permit was granted subject to 262 conditions of approval which run with the land. A copy of the permit is on file with the Monterey County Planning and Building Inspection Department." Proof of recordation of this notice shall be furnished to the Director of Planning and Building Inspection prior to issuance of building permits or commencement of the use. (Planning and Building Inspection) | Proof of recordation of this notice shall be furnished to Planning and Building Inspection | Owner/Applicant | Prior to issuance of grading and building permits or start of use. |

| | | | | | County of Monterey | | | |
|---|---|---|---|---|---|---|---|---|
| 21. | 5.1-2 | **LAND USE** Prior to issuance of a building permit for retail and industrial buildings located within 100 feet of light sensitive areas (e.g. residential, medical care facilities), the applicant shall submit a lighting study to confirm that light within adjacent light-sensitive property complies with Policy 26.1.20 of the General Plan. **(Planning and Building Inspection)** | Submit three copies of lighting study to Planning and Building Inspection. | | | Prior to issuance of building permit | |
| 22 | 5.2-9 | **TRAFFIC AND CIRCULATION** The applicant shall pay an amount not to exceed $16,017,310 as a traffic fee for regional, and local off-site commercial and residential traffic impacts to be paid on a per unit or per square foot basis at the time of issuance of building permits. Traffic fees are as follows: $14,399,908  Housing:  Market-Rate  • No. Units: 932  • $/Unit: $13,674  • Total Fees: $12,744,547  Moderate  • No. Units: 86  • $/Unit: $9,259  • Total Fees: $796,304  Low Income  • No. Units: 64.5  • $/Unit: $7,039  • Total Fees: $454,038  Very Low Income  • No. Units: 64.5 | Pay required fees and provide proof of payment to Planning and Building Inspection. | | Applicant | Prior to Issuance of Building Permit | |

- $/Unit: $6,279
- Total Fees: $405,018

**Other**                                                     **$1,617,401**

- Commercial
  - No. Units: 45
  - $/Unit: $9,118/1,000 sq. ft.
  - Total Fees: $410,298
- Golf Course
  - No. Units: 1
  - $/Unit: $342,648
  - Total Fees: $342,648
- Guest Villas
  - No. Units: 71
  - $/Unit: $12,175
  - Total Fees: $864,455

**Total Traffic Fees: $16,017,310**

In addition to the above traffic impacts fees HYH shall: 1) construct at its cost or cause to be constructed by a Community Facilities District, all streets and roads within Butterfly Village, such improvements, by prior agreement, will be owned by the County and maintained by a Community Services District or other suitable or appropriate entity; and 2) fund, either by direct payment of traffic fees or through a Community Facilities District, County acquisition of land or right of way, through negotiation or eminent domain, and construction of all of the off-site road and traffic

improvements serving Butterfly Village. Pursuant to prior agreements, all of these improvements will be owned by the County and maintained by a Community Services District, or if the improvement is to be part of the existing County road system, by the County. All such public roads and traffic improvements shall be constructed in accordance with accepted local engineering standards and Specific Plan standards.

All on-site and off-site roads and traffic improvements constructed by the applicant, to the extent funded directly or indirectly by applicant, shall be eligible for fair share reimbursement from future development benefiting from the facilities, except to the extent that such improvements are funded by traffic impact fees paid by applicant. Applicant shall prepare and execute an agreement that reimburses the applicant for the fair share proportionate costs subject to the approval of the Public Works Director and County Counsel. The following improvements are among those roads eligible for such fair-share reimbursement:

- Project access improvements on Stirling Road through the development site to its intersection with San Juan Grade Road;
- Signal and intersection improvements at Stirling Road/San Juan Grade Road. This intersection shall operate at acceptable levels of service;
- A northwest project access between the development site and its intersection with Harrison Road;
- Signal and intersection improvements at the

Applicant shall construct all streets and roads within Butterfly Village.

Applicant's Attorney in consultation with County Counsel shall prepare agreement. Applicant shall execute the agreement.

Applicant

Applicant's

Prior to Issuance of Building Permit

|  |  | | Attorney/Applicant | Prior to Recordation of Final Map |  |
|---|---|---|---|---|---|
|  |  | intersection of northwest access road and Harrison Road. This intersection shall operate at acceptable levels of service; and<br>• Emergency access roads as required by the fire department.<br>(Planning and Building Inspection, Public Works, North County Fire Protection District) |  |  |  |
| 23. | 5.3-2 | **LANDFORM ALTERATION/VISUAL QUALITY**<br>Prior to the issuance of a grading permit for development phases, the applicant shall submit a plan for the review and approval of the Monterey County Planning and Building Inspection Department that that would minimize grading impacts. Prior to the issuance of grading permits for individual lots with the potential for ridgeline development the applicant shall submit a plan identifying building envelopes that would minimize additional grading and avoid ridgeline development. (Planning and Building Inspection) | Submit three copies of site plans to Planning and Building Inspection for review and approval | Applicant | Prior to issuance of grading permit |
| 24. | 5.4-1b | **BIOLOGY**<br>The applicant shall be responsible for implementing habitat restoration efforts to improve the plant diversity and coverage within disturbed habitat within conservation areas (shown as an Open Space Preserve/Mitigation Area on Figure 9-2b, Alt. 4E Landscape Plan, in the Rancho San Juan Specific Plan) as set forth in Section 6.7.3 (Application of Technology/Techniques to Achieve Goal) of the Rancho San Juan Specific Plan. Prior to undertaking any habitat enhancement activities, an enhancement plan shall be prepared by the developer or resource management entity (see Resource Management Entity Mitigation Measure). At a | Qualified biologist shall prepare enhancement plan | Applicant | On-going |

| # | | Mitigation Measure | Monitoring | Responsible | Timing |
|---|---|---|---|---|---|
| | | minimum, the plan shall include the following components: planting palette and planting and maintenance specifications. The enhancement plan shall be submitted for review and approval by the Monterey County Planning and Building Inspection Department. Enhancement efforts within wetlands shall also be subject to review and approval by the California Department of Fish and Game and/or the U.S. Army Corps of Engineers, as appropriate. (Planning and Building Inspection) | | | |
| 25. | 5.4-1c | **BIOLOGY** Prior to approval of a Final Map for future development projects in or adjacent to riparian habitat, 100-foot buffers shall be provided around wetlands unless reduced buffer widths are determined to be appropriate by the County on a case-by-case basis in consultation with CDFG and USACOE. Buffer areas shall be planted with appropriate native plant species. Development shall be restricted in this buffer area except for improvements associated with passive recreational uses such as pedestrian trails, picnic tables, and benches, etc. Any passive recreation improvements within the buffer area shall be sited and designated to avoid direct and indirect impacts to riparian habitat. (Planning and Building) | Applicant's engineer shall prepare site plan showing setbacks | Applicant's Engineer | Prior to recordation of final map |
| 26. | 5.4-1d | **BIOLOGY** Prior to approval of a final grading plan which would impact jurisdictional waters of the U.S. and/or wetlands, the County of Monterey shall verify that the appropriate permits have been obtained (e.g. Individual or Nationwide 404 Permit and Streambed Alteration Agreement). (Planning and Building | Submit evidence to Planning and Building Inspection that permits have been obtained. | Applicant | Prior to approval of final grading plan |

| | | | | | |
|---|---|---|---|---|---|
| | | Inspection) | | | |
| 27. | 5.4-1e | **BIOLOGY** To the greatest extent possible, the final design of the golf course shall retain surface drainage channels between golf course ponds to promote continuity in the natural drainage system between holes 12 through 15. **(Planning and Building Inspection, Public Works, and Water Resources Agency)** | Applicant's Engineer shall submit final design plan to Planning and Building Inspection for review and approval. | Applicant's Engineer | Prior to recordati on of final map |
| 28. | 5.4-4a | **BIOLOGY** Prior to recordation of a Final Map, all land designated as Conservation Area within the Final Map area shall be placed in an open space easement which prohibits any disturbance or change in the vegetation. The right-of-way for the Prunedale Bypass shall not be required to be placed in an open space easement as long as the right-of-way is potentially required. **(Planning and Building Inspection and Public Works)** | Submit approved and recorded open space easement to Planning and Building Inspection | Applicant | Prior to recordati on of final map |
| 29. | 5.4-4b | **BIOLOGY** Prior to recordation of a final map, the County of Monterey shall confirm that development located in or within 100 feet of aquatic and/or riparian habitat includes guidelines to prevent contamination of these habitats by pesticides, herbicides, fungicides, and fertilizers. Landscaping shall include appropriate native plant species and shall not include plantings of non-native, invasive plant species. **(Planning and Building Inspection)** | Qualified biologist shall prepare guidelines and submit three copies of guidelines to Planning and Building Inspection for review and approval | Applicant | Prior to recordati on of final map |

| 29a | 5.4-5a | No more than 30 days prior to grading or construction in or within 100 feet of potential habitat areas identified on Figure 5.4-1, the project applicant shall complete a pre-construction survey conducted by a qualified biologist for California red-legged frog and California Tiger Salamander. The survey should result in a determination of the presence or negative finding of California red-legged frog or California Tiger Salamander. If either of this species is present, the following actions shall be taken:

Heavy equipment operators shall be instructed to identify and avoid aquatic and riparian habitats;

Temporary sediment settling basins and structures such as sediment fencing, straw bales, or other appropriate erosion control measures shall be used to delineate project area boundaries and prevent sediment-laden runoff from entering the drainage channels and riparian corridors;

Construction activities occurring adjacent to the aquatic and riparian habitats shall occur during summer months when the drainage corridors are dry or nearly dry and rain is unlikely;

Before construction begins, a qualified biologist shall inform grading equipment operators of the potential presence of the California red-legged frog, its protected status, work boundaries, and measures to be implemented to avoid the incidental take of frogs;

A qualified biologist shall monitor grading activities occurring within 100 feet of the aquatic and riparian habitats;

Food and food-related trash items associated with construction workers shall be enclosed in sealed containers and regularly removed from the project site to deter potential predators of California red-legged frog;

Pets shall not be permitted on the construction site; | Applicant shall retain a biologist who shall complete a preconstruction survey. If the red legged frog or tiger salamander are present applicant shall take the actions provided in the mitigation measure to avoid impacts to the species. | Certified Biologist/Applicant | Prior to Grading or Construction |

| | | | | | | |
|---|---|---|---|---|---|---|
| 30. | 5.4.5b | **BIOLOGY**<br>No more than 30 days prior to grading or construction in or within 100 feet of riparian, woodland or grassland habitats that would occur during the nesting and/or breeding season of special-status bird species potentially nesting in the area (generally March 1 through August 1), the applicant shall complete a pre-construction bird survey conducted by a qualified biologist to determine if active nests of special-status bird species occur in or adjacent to the proposed construction area. The survey shall include all appropriate nesting areas in the construction zone and within 200 feet of the construction zone. If active nest(s) are found, clearing and construction within 200 feet of the nest(s) shall be postponed or halted | Qualified biologist shall complete a pre-construction survey. Proof of completion of the survey shall be submitted to Planning and Building Inspection. | Applicant | No more than 30 days prior to grading or construction | |
| | | All staging areas and all fueling and maintenance of vehicles and other equipment shall occur at least 20 meters (60 feet) from any riparian habitat, pond, stream, creek or other water body to ensure that habitat contamination does not occur from such activities.<br><br>If California red-legged frog(s) or California Tiger Salamander are observed during the pre-construction survey, and/or if the above avoidance measures cannot be implemented, any improvements proposed in or adjacent to the aquatic and riparian habitat shall be done in consultation with the U.S. Fish and Wildlife Service to determine whether incidental take authorization is required, and to establish any additional avoidance measures.<br><br>Prior to the County issuance of a grading permit or approval of the final map, whichever occurs first, the subdivider shall meet all requirements of the federal Endangered Species Act, as applicable to the project authorized by the Combined Development Permit. | | | | |

| | | | | |
|---|---|---|---|---|
| | | until the nest(s) are vacated and juveniles have fledged and there is no evidence of a second attempt at nesting, at the discretion of the biologist. (**Planning and Building Inspection**) | | | |
| 31. | 5.4.5c | **BIOLOGY**<br><br>No more than 30 days prior to grading or construction in or within 100 feet of grassland habitats that would occur during the nesting season or winter residency period for burrowing owls (generally December 1 through August 1), the applicant shall complete a pre-construction survey for burrowing owls conducted by a qualified biologist.  The survey shall include all area in the construction zone and within 200 feet of the construction zone.  If active burrows are found in the survey area, the applicant shall prepare a burrowing owl habitat mitigation plan and submit it to CDFG for review and approval.  The burrowing owl habitat mitigation plan shall contain mitigation measures contained in the CDFG Staff Report on Burrowing Owl Mitigation (CDFG1995). Compliance with this mitigation measure shall include, but not be limited to, the following:<br><br>• Avoidance of occupied burrows during the nesting season (February 1 through August 31);<br><br>• Acquisition, protection and funding for long-term management and monitoring of foraging habitat adjacent to occupied habitat;<br><br>• Enhancement of existing burrows and/or creation of new | Qualified biologist shall complete a pre-construction survey. Proof of completion of the survey shall be submitted to Planning and Building Inspection. | Applicant | No more than thirty days prior to grading or const-ruction |

| # | | | | | |
|---|---|---|---|---|---|
| | | • Passive relocation of burrowing owls in accordance with the CDFG report on burrowing owls. **(Planning and Building Inspection)** burrows; and/or | | | |
| 32. | 5.4.5d | **BIOLOGY** No more than 30 days prior to grading or construction in areas suspected to support coast horned lizard, western pond turtle, Monterey dusky-footed woodrat, and special-status bat species, the applicant shall complete a pre-construction survey conducted by a qualified biologist. If individuals of these species are observed, a salvage and relocation program shall be prepared in coordination with CDFG to prevent death or injury to individuals of these species during grading or construction operations. The salvage program shall include measures to remove individuals from the project site prior to and during project grading and construction, and to relocate them to nearby protected habitat or other suitable locations specified in the program. **(Planning and Building Inspection)** | Qualified biologist shall complete a pre-construction survey. Proof of completion of the survey shall be submitted to Planning and Building Inspection. | Applicant | No more than 30 days prior to grading or const-ruction |
| 33. | 5.4.5e | **BIOLOGY** Prior to issuance of a grading permit for future development projects in or within 100 feet of riparian habitat, the County of Monterey shall verify that orange plastic or other temporary demarcation has been installed along the boundary of riparian habitat. The fencing shall remain in place until all construction activities are complete. Soil compaction, parking of vehicles or heavy equipment, stockpiling of construction | Submit evidence of habitat protection to Planning and Building Inspection | Applicant | Prior to issuance of a grading permit |

| 34. | 5.4-6 | BIOLOGY

Prior to any disturbance of land, which would impact wetlands, a Detailed Habitat Restoration Plan shall be submitted and approved by the County of Monterey. The Plan shall be generally consistent with the location illustrated in Figures 5.4-2 and described in this EIR. This Plan shall identify the exact amount and location of impacted wetland habitat, identify the proposed locations for replacement or restoration of wetland habitat within the Conservation Areas at an overall ratio of 3:1; at least 1:1 must be comprised of wetland creation. A lower overall ratio may be undertaken with the concurrence of the California Department of Fish and Game, U.S. Army Corps of Engineers and Regional Water Quality Control Board based on the habitat value of the area to be impacted. The Plan shall specify an appropriate plant palette, and provide specifications for installation and maintenance of the replacement habitat. The Plan shall specify the use of locally-obtained native species. The Plan shall require a five-year monitoring program, which will assess progress based on specific success standards identified in the Plan. At the end of five years, survivorship of planted riparian scrub species will be a minimum of 75 percent of the total number initially planted. Target species will comprise a | Qualified biologist shall prepare Habitat Restoration Plan. Submit plan to Planning and Building Inspection for review and approval | Applicant | Prior to issuance of a grading permit |
|---|---|---|---|---|---|
|  |  | materials, and/or dumping of materials shall not be allowed within the Conservation Areas. (Planning and Building Inspection) |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | minimum of 70 percent of all scrub species present in riparian scrub habitats. Other perennial native shrub species that colonize the riparian scrub planting areas can be used to calculate the final success criteria. | | |
| | | The planting program shall be completed prior to issuance of the first building occupancy permit. | | |
| | | In addition, the applicant shall implement Mitigation Measures 5.4-1b, 5.4-1c, 5.4-1d, and 5.4-1e. (Planting and Building Inspection) | | |
| 36. | 5.4-8 | **BIOLOGY** Prior to any disturbance of land that would impact mixed native/non-native grassland habitat, a detailed Habitat Restoration Plan shall be submitted and approved by the County of Monterey in consultation with the California Department of Fish and Game. | A qualified biologist shall prepare a Habitat Restoration Plan. Applicant shall submit this to PBI for review and approval, subject to consultation with CDFG. | Qualified Biologist/Appli cant | Prior to any disturban ce of land which would impact oak woodlan d habitat/A nnually for five years, for submittal of monitori |
| | | The plant material and location shall in general reflect the conceptual habitat restoration plan illustrated in Figure 5.4-2 and described in this EIR. The plan shall provide for the replacement or restoration of impacted native grassland at a ratio of 1:1. The Habitat Restoration Plan shall include a focused grassland survey, which shall be conducted at the appropriate time of year by a qualified biologist. This survey shall quantify and map the area of native grassland habitat that would be impacted by the proposed development. The Plan shall specify an appropriate plant palette, and provide specifications for installation and maintenance of the | Applicant shall retain a qualified biologist to monitor success of any planting or transplanting activities identified in the Habitat Restoration Plan. Monitoring shall occur annually. Annual progress reports shall be prepared and submitted to PB&I for review and approval, and shall include any mid-term corrections to the Plan to achieve success if monitoring indicates that the 5-year criteria might not be achieved. Applicant shall retain a | | |

replacement habitat.

At the end of five years, success criteria shall be met if native species in grassland planting areas comprise 70 percent of all species present, or if total plant cover is 90 percent of all plant cover present. Other native species that colonize the perennial grassland planting areas in addition to planted species will be used to calculate the final success criteria. If the success criteria are not met at the end of the five-year monitoring program, then applicant shall identify and implement additional measures that would achieve success including but not limited to replanting, enhanced maintenance or appropriate compensatory mitigation for the species impacted. Monitoring shall continue annually until the success criteria are achieved.

The Habitat Restoration Plan shall also provide compensation for all fragrant fritillary plants that will be impacted. A survey of fragrant fritillary plants shall be conducted to determine the location and number of impacted plants. The Habitat Restoration Plan shall include a combination of the following actions to compensate for impacts to the fragrant fritillary providing that applicant demonstrates that he has relied upon transplantation first to the maximum extent feasible, then preservation through fee title or conservation easement and last, a voluntary contribution to a rare plant conservation program.

qualified biologist to prepare any subsequent modifications to the Habitat Conservation Plan required in the event that success criteria are not achieved. This shall be submitted to PB&I for review and approval.

ng reports

1. Identify on-site or off-site locations suitable for transplanting impacted fragrant fritillary plants. Preference shall be given to on-site locations. A planting Plan shall describe in detail the planting, process and monitoring methods, and will identify the entity responsible for implementation and monitoring. Plants shall be derived from the following sources:

   a. Transplanting existing on-site plants.
   b. Propagation from seeds from on-site plants or an approved commercial source.
   c. Bulbs supplied from an approved commercial source.

2. Preserve through fee title acquisition or conservation easement, an existing off-site and currently unprotected population of fragrant fritillary identified by the applicant or recommended by DFG. The conservation easement shall prohibit activities and land uses that could adversely affect the fritillary population (e.g., development, discing, and plowing). The conservation easement shall require the continuation of land uses believed to benefit the population (e.g., grazing and burning). The conservation easement shall be submitted to DFG for review and approval prior to recordation. The preserved area shall be

| 37. | 5.4-4d | demonstrated to have a population of equal or greater size than the population which would be impacted.<br><br>3. Make a voluntary contribution to a rare plant conservation/restoration program recommended by DFG. The fee will be proportionate at a 2:1 ratio to the remaining acres of fragrant fritillary that are required to be mitigated.<br><br>Transplanting success shall be achieved if the number of fragrant fritillary plants in restoration areas after 5 years is 110% of the total number transplanted/impacted. If this goal is not achieved, then applicant shall identify and implement additional measures to achieve success including but not limited to planting additional fragrant fritillary or acquisition of additional off-site population to bring the retention to the 110% criteria. Monitoring of onsite plantings shall continue annually until the success criteria are achieved.<br><br>**BIOLOGY**<br>Within 120 days of adoption of the specific plan, a qualified resource management entity shall be identified and approved by the Monterey County Board of Supervisors as set forth in Section 6.7.3 (Application of Technology/Techniques to Achieve Goal) of the Rancho San Juan Specific Plan. Funding shall be made available to the resource management entity through a Community Service District (CSD) or | Applicant's attorney in consultation with County Counsel shall develop and execute | Applicant's Attorney | Within 120 days of adoption of specific plan |
|---|---|---|---|---|---|

comparable funding source, such as the Monterey County Parks Department, Fire District or a non-profit conservancy to cover management activities for the life of the conservation areas in Rancho San Juan. These management responsibilities shall include but not be limited to the following activities:

a. Fire management;
b. Control of public access;
c. Maintain fencing;
d. Maintain access roads and trails;
e. Install and maintain signage controlling access and increasing public awareness of the biologic values of the conservation areas;
f. Trash removal;
g. Monitor adjacent development to assure adherence to edge effect controls; and
h. Monitor overall habitat quality and undertake remedial measures as necessary to repair damage including:
   • Invasive plant species removal;
   • Erosion control;
   • Predator control; and/or Habitat creation/restoration/enhancement.

(Planning and Building Inspection, Public Works and North County Fire Protection District)