**Exhibit J (part 2)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 38. | 5.4.4e | **BIOLOGY**<br><br>The applicant shall submit plans and supporting documentation for any development located adjacent to a conservation area identifying measures to avoid or minimize adverse effects on plant communities and wildlife located within the conservation area.  Conservation areas are shown as an Open Space Preserve/Mitigation Areas on Figure 9-2b, Alt. 4E Landscape Plan in the Rancho San Juan Specific Plan. The measures shall include, but not be limited to, the following:<br><br>   *a.*   Control illumination within the conversion area by using low pressure sodium lighting, shielding and/or otherwise direction light away from conservation areas;<br><br>   *b.*   Avoid the use of exotic plant species which are invasive;<br><br>   *c.*   Minimize noise encroachment;<br><br>   *d.*   Install fencing which controls movement of domestic animals into conservation areas, and<br><br>   *e.*   Restrict wildfire management activities to within the development area.<br><br>**(Planning and Building Inspection)** | Qualified biologist shall develop plan. Submit three copies of plan to Planning and Building Inspection for review and approval | Applicant | Prior to recordati on of final map | |
| 39. | 5.5-2 | **ARCHAEOLOGICAL/HISTORICAL RESOURCES**<br><br>The applicant and inspectors shall monitor the site for cultural materials in the soils.  If, during the course of construction, paleontological, cultural, archaeological or historical resources are uncovered at the site, work shall be halted immediately within 150 feet of the find until it can be | Applicant and Inspectors shall monitor the site for cultural materials in soils during construction. | Applicant/Inspe ctors | During construct ion | |

| # | | | | | |
|---|---|---|---|---|---|
| | | evaluated by a qualified professional archaeologist. The Monterey County Planning and Building Inspection Department and a qualified archaeologist (i.e., an archaeologist registered with the Society of Professional Archaeologists) shall be immediately contacted by the responsible individual present onsite. When contacted, the project planner and archaeologist shall immediately visit the site to determine the extent of the resources and to develop proper mitigation measures required for the discovery. In addition, in the event of discovery of human remains, the provisions of CEQA Guidelines Section 15064.(e) shall be followed. **(Planning and Building Inspection)** | | | |
| 40. | 5.5-3a | **ARCHAEOLOGICAL/HISTORICAL RESOURCES (RED PONY BARN)** In order to reduce the visual impacts of the proposed residential units and associated accessory structures from the Hebert Ranch towards the Gabilan Mountains and the City of Salinas (view shed), appropriate building materials shall be used in those residential estate and residential low homes on the HYH property within the view shed including, but not limited to, matted and non-reflective building materials. **(Planning and Building Inspection)** | Project architect shall incorporate appropriate materials into plans submitted with building permit application | Applicant | Prior to issuance of building permit |
| 41. | 5.5-3b | **ARCHAEOLOGICAL/HISTORICAL RESOURCES** In order to preserve the historical character of the view of the Gabilan Mountains and the City of Salinas from the Hebert Ranch (view shed), the applicant shall provide a landscape plan specifically designed to fully screen those residential estate and residential low homes within the view shed. Said screening shall not exceed the height of the proposed | Submit three copies of landscape plan to Planning and Building Inspection | Applicant | Prior to issuance of building permit |

| | | | | | |
|---|---|---|---|---|---|
| | | structures in order to ensure that the critical view shed is not fully blocked. (Planning and Building Inspection) | | | |
| 42. | 5.5-4 | **ARCHAEOLOGICAL/HISTORICAL RESOURCES**<br>**NOTE ON FINAL MAP:** To avoid damaging or removing the historical split-rail fences along the northern and western boundaries of the Salinas Golf and Country Club, the applicant shall incorporate the fences into the design of the proposed project. (Planning and Building Inspection) | Project architect shall show fences on plans submitted with building permit application | Applicant | Prior to issuance of building permit |
| 43. | 5.6-5c | **NOISE**<br>Prior to the issuance of a building permit, for the wastewater treatment facility, a detailed noise study shall be completed by a qualified acoustical consultant to document that noise attenuation has been included in the facility to assure that noise levels at surrounding sensitive receptors will not exceed levels identified in Table 5.6-1 of the Rancho San Juan Specific Plan and HYH Property Project EIR. (Planning and Building Inspection) | Qualified acoustical consultant shall prepare study. Submit three copies of study to Planning and Building Inspection for review and approval. | Applicant | Prior to issuance of building permit for wastewat er treatment facility |
| 44. | 5.6-5a | **NOISE**<br>Prior to issuance of a building permit for any residence located along the following roadways:<br>• Prunedale Bypass;<br>• J Street between Town Square and K Street; and<br>• K Street, west of J Street. | Qualified acoustical consultant shall prepare study. Submit three copies of study to Planning and Building Inspection for review and approval | Applicant | Prior to issuance of certificat e of occupanc y |

| | | | | |
|---|---|---|---|---|
| 45. | | An acoustical study shall be prepared for all adjacent noise sensitive uses. The acoustical study shall identify appropriate measures to reduce outdoor noise levels to 60 dBA CNEL or less. Measures may include, but are not limited to, sound walls and earthen berms; preliminary sound wall locations and heights are approximated in Figure 5.6-9. Wherever possible, site planning techniques shall be used to avoid or minimize the need for sound walls. The requirement to address acoustic impacts for residential units adjacent to the Prundale Bypass would only apply to the applicant if the Bypass is completed prior to the construction of potentially impacted residential units in Butterfly Village. (Planning and Building Inspection) | | |
| | 5.6-5b | **NOISE**<br>Prior to issuance of building permits for any residence that would be exposed to outdoor noise levels in excess of 60 dBA CNEL, documentation shall be provided to show that the building meets the interior noise standard of 45 dBA CNEL with windows closed. Alternatively, the applicant can show that based on the buildings location relative to the roadway that it meets the appropriate interior noise standard with open windows. Where interior noise levels would not be less than 45 dBA CNEL, the documentation shall identify architectural or other measures to be taken to assure that noise levels will not exceed 45 dBA CNEL in habitable space within residences. Noise attenuation on K Street may be eliminated if the applicant can demonstrate to the satisfaction of the County that K Street will not ultimately carry sufficient traffic to | Qualified acoustical consultant shall provide evidence that interior noise standard is met. | Applicant | Prior to issuance of building permit |

| # | | | | | | |
|---|---|---|---|---|---|---|
| | | warrant noise attenuation. If future traffic volumes could dictate future noise attenuation, the County may accept a switchable form of security to assure that the noise attenuation does occur when needed. (Planning and Building Inspection) | | | | |
| 46. | 5.6-5d | **NOISE**<br>**NOTE ON FINAL MAP:** Prior to issuance of building permits for any commercial or industrial development sharing a property line with a noise sensitive use, a detailed noise study shall be completed by a qualified acoustical consultant to document that noise attenuation has been included in the facility to assure that noise levels at surrounding sensitive receptors will not exceed levels identified in Table 5.6-1. (Planning and Building Inspection) | Qualified acoustical consultant shall prepare noise study. Submit three copies of study to Planning and Building Inspection for review and approval | Applicant | Prior to issuance of building permit | |
| 47. | 5.6-5f | **NOISE**<br>• All noise-generating construction activities shall be limited to weekdays between 6:30 a.m. and 7:00 p.m., and Saturdays between 8:00 a.m. and 5:00 p.m. No construction is allowed on Sundays or on County holidays. Temporary berms or noise attenuation barriers shall be utilized when necessary at the discretion of County Job Inspectors to further reduce noise levels.<br>• Prior to the commencement of construction activities, a publicly visible sign that specifies project noise mitigation measures and the telephone number of the on-site contractor and person to contact regarding noise complaints shall be posted on the project site. This contact person shall respond to complaints and | The contractor shall keep a certified daily log of each activity performed during construction including date and photographs as necessary. Monthly reports shall be submitted to Planning and Building Inspection. Failure to submit a report, or failure to comply with the requirements of the mitigation measure, shall cause all work to be stopped until the report is received and approved by Planning and Building Inspection | Applicant | Prior to issuance of grading or building permit | |

| | | | | |
|---|---|---|---|---|
| | | take corrective action by the end of the same day, if the complaint is received by 12:00 p.m. and within 24 hours, if the complaint is received later than 12:00 p.m. The telephone number of the Monterey County Planning and Building Inspection Department shall be posted on this sign. A preconstruction meeting shall be held with the job inspectors and the general contractor/on-site project manager to confirm that noise mitigation and practices are implemented.<br><br>• All construction equipment operated on the project site shall be equipped to limit noise generation to a maximum of 85 decibels beyond 25 feet of the equipment. The project proponent shall submit a written roster of equipment anticipated to be used on the project site, including noise generation information on each. Only those pieces of equipment meeting the standards through modifications or enclosures. Stationary sources shall be located away from sensitive receptors to the greatest extent feasible. | | |
| 48. | 5.7-1a | **AIR QUALITY**<br>**NOTE ON FINAL MAP:** Prior to issuance of a grading permit, and subject to the review and approval of the Monterey County Planning and Building Inspection Department, project plans shall include a construction dust control plan, to include the following measure to be implemented as necessary to adequately control dust:<br>• Water all active portions of the construction site at least twice daily, using a recycled water supply if | The contractor shall keep a certified daily log of each activity performed during construction including date and photographs as necessary. Monthly reports shall be submitted to Planning and Building Inspection. Failure to submit a report, or failure to comply with the requirements of the mitigation measure, shall cause all work to be | Applicant | Prior to issuance of grading permit |

| | | | | |
|---|---|---|---|---|
| feasible. | | | | |
| • Suspend all excavating and grading operations when wind speeds exceed 15 mph averaged over one hour, if other control activities are inadequate to control airborne dust. | | | | |
| • Apply water two times daily or chemical stabilizers according to manufacturer's specifications to all unpaved parking or staging areas, and unpaved road surfaces. | | | | |
| • Replace ground cover or apply MBUAPCD-approved chemical soil stabilizers according to manufacturer's specifications to all inactive construction areas (disturbed lands within construction project that are unused for at least four consecutive days). Apply non-toxic binders (e.g., latex acrylic copolymer) to exposed areas after cut and fill operations and hydro-seed area. | stopped until the report is received and approved by Planning and Building Inspection | | | |
| • Sufficiently water or securely cover all material transported off-site and adjust on-site loads as necessary to prevent airborne dust conditions. Haul trucks shall maintain at least two feet of freeboard. | | | | |
| • Plant vegetative ground cover in, or otherwise stabilize, disturbed areas as soon as grading and construction activities in those areas are completed. | | | | |
| • Cover material stockpiles that remain inactive for more than 72 consecutive hours. | | | | |
| • Install wheel washers at the entrance to construction sites for all exiting trucks. Sweep streets if visible soil material is carried out from the construction site. | | | | |

- Post a publicly-visible sign which specifies the telephone number and person to contact regarding dust complaints. This contact person shall respond to complaints and take corrective action by the end of the same day if the complaint is received by 12:00 noon and within 24 hours if the complaint is received later than 12:00 noon. The phone of the MBUAPCD shall be visible to ensure compliance with Rule 402 (Nuisance).

- Each developer shall maintain a dumpster on-site. The dumpster shall be emptied periodically whenever debris reaches the rim.

  a. Construction materials shall be kept out of the street rights-of-way and setback areas at all times.

  b. Developers shall keep all streets free from dirt, debris and spilled paving materials.

  c. "Wash-out" areas shall be provided for concrete trucks on all construction sites.

  d. As soon as earthwork commences, sediment control methods shall be installed in such a way as to filter all stormwater run-off from the track into the drainage areas. The sediment control system shall remain in place and in good repair until construction is complete, landscaping is installed and lawns and landscape areas are established.

- Limit traffic speed on all unpaved roads to 15. mph or less.

| | | (Planning and Building Inspection and Public Works) | | | |
|---|---|---|---|---|---|
| 49. | 5.7-1b | AIR QUALITY NOTE ON FINAL MAP:  In order to reduce air pollutant emissions from construction equipment, the applicant shall, to the extent feasible, use equipment powered by other means other than diesel fuel (CNG, bio-diesel, water emulsion fuel, electric). If diesel-fueled equipment is used, a minimum of 50% of the equipment shall use low sulphur diesel fuel. All equipment shall be maintained in a well-tuned condition, and idling time shall be minimized. (Planning and Building Inspection) | The contractor shall keep a certified daily log of each activity performed during construction including date and photographs as necessary.  Monthly reports shall be submitted to Planning and Building Inspection. Failure to submit a report, or failure to comply with the requirements of the mitigation measure, shall cause all work to be stopped until the report is received and approved by Planning and Building Inspection | Applicant | During construction |
| 50. | 5.7-2b | AIR QUALITY NOTE ON FINAL MAP:  The applicant shall provide preferential carpool/vanpool parking spaces.  Provide for shuttle/mini bus service stop.  Provide bicycle storage/parking facilities. (Planning and Building Inspection) | Project engineer shall share facilities on plans submitted with building permit application | Applicant | Prior to issuance of building permit |
| 51. | 5.7-2d | AIR QUALITY NOTE ON FINAL MAP:  The applicant shall provide transit design features within the development. (Planning and Building Inspection) | Project engineer shall share facilities on plans submitted with building permit application | Applicant | Prior to issuance of building permit |

| | | | | | |
|---|---|---|---|---|---|
| 52. | 5.7.2e | **AIR QUALITY**<br>The applicant shall implement a rideshare program. Employ a transportation/rideshare coordinator. Provide incentives to employees to rideshare or take public transportation. (Planning and Building Inspection and Public Works) | Applicant shall submit program to Planning and Building Inspection and Public Works for review and approval prior to issuance of a building permit | Applicant and Employers | On-going |
| 53. | 5.7.2f | **AIR QUALITY**<br>The applicant shall implement compressed or flexible work schedules and telecommuting programs. (Planning and Building Inspection) | Applicant shall submit program to Planning and Building Inspection and Public Works for review and approval prior to issuance of a building permit | Applicant and Employers | On-going |
| 54. | 5.7.2g | **AIR QUALITY**<br>Utilize clean burning fuels in fleet vehicles. (Planning and Building Inspection) | Applicant shall submit program to Planning and Building Inspection and Public Works for review and approval prior to issuance of a building permit | Applicant and Employers | On-going |
| 55. | 5.7.3 | **AIR QUALITY**<br>NOTE ON FINAL MAP: Prior to issuance of a building permit for the wastewater treatment plant, the MBUAPCD shall review and approve odor control devices in accordance with Rule 216. (Planning and Building Inspection) | Submit evidence of MBUAPCD approval to Planning and Building Inspection | Applicant | Prior to issuance of building permit |
| 56. | 5.8-1b | **SOILS AND GEOLOGY**<br>NOTE ON FINAL MAP: Prior to the issuance of a building or grading permit, detailed ground failure/liquefaction investigations shall be conducted by a licensed geological analyst as part of the soil studies required for Final Tract Maps to identify remedial grading or contour measures, as appropriate. The recommendations of the investigation shall be implemented by the applicant so as to reduce ground failure/liquefaction impacts to below a level of significance. (Planning and Building Inspection) | Licensed geologist shall conduct investigations | Applicant | Prior to issuance of building or grading permit |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 57. | 5.9.1 | **HYDROLOGY/WATER QUALITY**<br>Prior to recordation of a final map, the applicant shall submit a comprehensive drainage control plan for approval by the County. Retention/detention basins should reduce off-site flows to the 10-year pre-development rate. The Plan shall illustrate how the drainage control measures identified in the Specific Plan shall be implemented. At a minimum, the Plan shall include, but not be limited to, the following elements:<br>• Retention/detention basins to reduce offsite flows to a level which would not exceed a 10-year storm event;<br>• Grass swales or other biofiltration basins at discharge points of surface parking lots and roadways;<br>• Sedimentation and erosion control plans during construction; and<br>• Permanent landscaping.<br>(See Permit Conditions No.'s 100 (PWSP0016) and 197) (Planning and Building Inspection, Public Works, and Water Resources Agency) | Applicant's engineer shall prepare plan | Applicant's Engineer | Prior to recordati on of final map | | |
| 58. | 5.9.4a | **HYDROLOGY/WATER QUALITY**<br>Prior to issuance of any grading permit, the applicant shall submit an erosion control plan which shall include a series of measures aimed at controlling erosion and sedimentation as well as construction equipment byproducts such as gasoline, oil and grease.  Interim landscaping shall be instituted on graded areas as soon as practical to control erosion by minimizing the exposure of bare ground.  Sediment would be controlled through a variety of practices including, but not | Applicant's engineer shall prepare plan | Applicant's Engineer | Prior to issuance of grading permit | | |

| # | Ref | Condition | Responsibility | Party | Timing |
|---|-----|-----------|----------------|-------|--------|
| | | limited to, the following: <br>• Gravel bags, berms, rock dams and/or silt fences; <br>• Interim desilting basins; <br>• Minimizing concentrated flows; and <br>• Dispersion of detention basin water onto pad areas by a pump and sprinkler system. <br>Reference Permit Condition No's 8, 48, 59, 71 and 129. <br>(Planning and Building Inspection, Public Works, and Water Resources Agency) | | | |
| 59. | 5.9-4b | **HYDROLOGY/WATER QUALITY** <br>Prior to issuance of any grading permit, the applicant shall prepare a Stormwater Pollution Prevention Plan (SWPPP) in accordance with RWQCB standards.  Reference Permit Conditions No.'s 8, 48, 58,71 and 129 .  (Planning and Building Inspection, Public Works, Environmental Health and Water Resources Agency) | Applicant's engineer shall prepare plan | Applicant's Engineer | Prior to issuance of grading permit |
| 60. | 5.9-5a | **HYDROLOGY/WATER QUALITY** <br>Prior to approval of final map or use permit within the Specific Plan area, the project applicant shall submit hydraulic studies which demonstrate that realigned drainages or underground structures are capable of transmitting 100-year flows. (Public Works and Water Resources Agency) | Applicant's engineer shall prepare hydraulic study | Applicant's Engineer | Prior to issuance of a grading permit or recordation of final map (whichever occurs first) |

| 60a | 5.10-1d | Commencing one (1) year after construction of water-consuming improvements within a subdivision, the applicant shall submit annual reports on total water consumption which shall include total per unit consumption data. This shall include data on water consumption of the golf course. If either the per unit consumption calculation or total consumption calculation, estimated consumption for the golf course, for the particular subdivision exceeds the proportionate consumption cap established in the EIR, the applicant shall be required to adopt such water conservation sustainability measures available in the Specific Plan Matrix to achieve the appropriate annual consumption. If consumption still does not meet the caps established in the EIR, additional building permits in the non-compliant subdivision shall be withheld or, if the excess consumption is systemic, subsequent tentative maps will not be approved.<br><br>If, subsequent to approval of each tentative map, building permits, or at build-out of the Specific Plan, the amount of consumption (either per unit or total) exceeds the amount of water assumed in the EIR, then the Water Resources Agency shall impose some or all of the following measures:<br><br>• Water rationing;<br>• Landscape retrofit;<br>• Increased water consumption fees; and/or<br>• Installation of a reverse osmosis unit or its equivalent at the wastewater treatment plant for RSJ. | | | | |
|---|---|---|---|---|---|---|

| 61. | 5.10-1e | **WATER RESOURCES**<br>Prior to recordation of a final map, the applicant shall prepare a detailed plan to implement a Water Balance Management System for the Butterfly Village Project as set forth in Section 6.2.6 (Monitoring Process) of the Rancho San Juan Specific Plan. The plan shall be submitted for review and approval by the Monterey County Public Works Department, Water Resources Agency and Environmental Health. The plan shall 1) provide a means of metering the use of all water (ground water, waste water and storm water); 2) identify the proposed water conservation features that are to be implemented within the project; 3) outline provisions for a water conservation educational program for residents of Butterfly Village including cost estimates and a funding mechanism; and 4) outline provisions of a water monitoring program including cost estimates and a funding mechanism. (Public Works, Water Resources Agency, and Environmental Health) | Applicant's engineer shall prepare detailed plan for review and approval by the County. | Applicant's Engineer/Applicant | Prior to recordation of final map | |
| 62. | 5.10-1f | **WATER RESOURCES**<br>The bylaws of the Community Services District (CSD), or other entity that is responsible for the providing water services to Rancho San Juan, shall provide for the development and implementation of an on-going water conservation educational program for the residents as set forth in Section 6.2.6 (Monitoring Process) of the Rancho San Juan Specific Plan. The program shall be subject to review and approval by the Monterey County Public Works Department, Water Resources Agency, Environmental Health Division and Planning and Building Inspection Department. The purpose of the program is to help residents understand the relationship | Submit educational program for review and approval by Public Works, Environmental Health, Water Resources Agency and Planning and Building Inspection. | Applicant | On-going | |

| | | | | | |
|---|---|---|---|---|---|
| | | between individual actions and the long-term sustainability of the community's water supply. (Planning and Building Inspection, Public Works, Environmental Health and Water Resources Agency) | | | |
| 63. | 5.10-1g | WATER RESOURCES<br><br>Prior to final map recordation, the bylaws of the Community Services District (CSD), or other entity that is responsible for the providing water services to the area within said map, shall establish the position of Water Coordinator, or equivalent staff position, with the overall charge of maximizing the use of water for the least amount of energy input as set forth in Section 6.2.6 (Monitoring Process) of the Rancho San Juan Specific Plan.  The Water Coordinator shall be responsible for all aspects of water use, reuse, treatment, collection, pumping and distribution for all land uses in Ranch San Juan.  It shall be the Water Manager's responsibility to meter and monitor water balance levels and to bring any potential problems to the attention of the CSD Board of Directors and the community.  The responsibilities of the position shall be subject to review and approval by the Monterey County Water Resources Agency. (Planning and Building | Applicant shall submit evidence to Planning and Building Inspection showing that the entity responsible for providing water services has a staff position with the overall change of maximizing the use of water for the least amount of energy input. | Applicant | On-going |

| 64. | 5.10-16 | Inspection, Public Works, Environmental Health and Water Resources Agency) | | | |
|---|---|---|---|---|---|
| | | **WATER RESOURCES**<br>Prior to issuance of any building permit, the County shall make a determination that the project is consistent with the water consumption estimates identified in the tentative map application. If the proposed building consumption exceeds the consumption estimates, the applicant shall be required to modify his proposal before the project can be approved.<br><br>In addition, the County shall determine that all appropriate water conservation methods have been included in all proposed buildings. Water conservation methods shall include but not be limited to the following:<br><br>• Low flow showerheads and toilets;<br>• Water-conserving irrigation equipment and procedures;<br>• Provision of literature to future building occupant(s) emphasizing the importance of water conservation and ways to reduce water consumption through day to day activities;<br>• Drought tolerant landscaping;<br><br>(Planning and Building Inspection, and Water Resources Agency) | Applicant's engineer and architect shall submit evidence that appropriate water conservation materials have been included. The County shall review project water consumption estimates and building permits for consistency with requirements for meeting water consumption estimates and inclusion of water saving devices/methods. | Applicant's Engineer/Applicant's Architect | Prior to issuance of building permit | |

| | | | | | |
|---|---|---|---|---|---|
| 65. | 5.10-1c | **WATER RESOURCES**<br>**NOTE ON FINAL MAP:** Prior to approval of final improvement plans, applicant shall demonstrate that all appropriate water conservation methods have been included in the proposed development including but not limited to the following:<br><br>• Surface runoff retention basins;<br>• Drought tolerant landscaping and irrigation; and<br>• Maximal use of reclaimed water, where available.<br><br>Applicant shall provide assurance that the long-term maintenance of water conservation methods will be assured. (Planning and Building Inspection, Public Works, Environmental Health and Water Resource Agency) | Applicant's engineer shall submit evidence that water conservation measures have been incorporated into project design. Applicant shall provide an annual report prepared by an engineer or landscape architect describing the status of water conservation methods/devices and if they are not adequately functioning, what would be required to return their function. Applicant will take the appropriate action to bring the devices into compliance. | Applicant's Engineer/Lands cape Architect/App- licant | Prior to approval of final improve ment plans |
| 66. | 5.10-1d | **WATER RESOURCES**<br>Commencing one (1) year after construction of water-consuming improvements within a subdivision, the applicant shall submit annual reports on total water consumption which shall include total per unit consumption data. This shall include data on water consumption of the golf course. If either the per unit consumption calculation, estimated consumption for the golf course, or total consumption | Applicant shall submit annual reports on total water consumption to the County. County shall review plans and determine that they comply. | Applicant | One year after construct ion |

| 67. | 5.10-14 | calculation for the particular subdivision exceeds the proportionate consumption cap established in the EIR, the applicant shall be required to adopt such water conservation sustainability measures available in the Specific Plan Matrix to achieve the appropriate annual consumption. If consumption still does not meet the caps established in the EIR, additional building permits in the non-compliant subdivision shall be withheld or, if the excess consumption is systemic, subsequent tentative maps will not be approved.<br><br>If, subsequent to approval of each tentative map, building permits, or at build-out of the Specific Plan, the amount of consumption (either per unit or total) exceeds the amount of water assumed in the EIR, then the Water Resources Agency shall impose some or all of the following measures:<br><br>• Water rationing;<br>• Landscape retrofit;<br>• Increased water consumption fees; and/or<br>• Installation of a reverse osmosis unit or its equivalent at the wastewater treatment plant for RSJ.<br><br>(Planning and Building Inspection, Public Works, Environmental Health and Water Resource Agency)<br><br>**WATER RESOURCES**<br>**NOTE ON FINAL MAP:** The applicant shall submit plans and supporting materials showing how each phase of the development incorporates the sustainable building, construction and/or design features that are required by Section 8.10 (Sustainability Requirements) of the Rancho San | Project architect shall incorporate sustainable building, construction and design features into the plans submitted with the building permit application. | Applicant | Prior to issuance of building permit | |

| | | | | | |
|---|---|---|---|---|---|
| | | Juan Specific Plan. In addition, residential development, with the exception of residential estate homes, shall score a minimum of 38 points by incorporating additional sustainable options. Residential estate homes shall score a minimum of 51 points. Sustainable Option Bonuses (SOB's) are awarded for qualifying affordable housing projects. Public/Semi-Public, Commercial, and Industrial development shall score a minimum of 25 points. Compliance with the sustainable requirements shall be made a condition of tentative map approval. Prior to the issuance of a building permit, the Monterey County Planning and Building Services Manager shall determine that the project complies with the minimum score as specified in Section 8.10 (Sustainability Requirements) of the Rancho San Juan Specific Plan. **(Planning and Building Inspection)** | | | |
| 68. | 5.11-1a | **AGRICULTURE** Prior to recordation of the first final map, the applicant shall fund the development of an agricultural compensation program. The program shall provide a mechanism, subject to approval of the County of Monterey Board of Supervisors, for acquiring development credits from owners of important farmlands and/or other means of preserving important farmland (defined as Prime Farmland, Farmland of Statewide Importance, Farmland of Local Importance or Unique Farmland) to reduce economic pressure to convert farmlands to development. The program shall provide an in kind, 1:1 compensation ratio through easement dedication and/or payment of fees to the County; fees shall be equal to the per-acre value of a conservation easement over important | Applicant's attorney in consultation with County Counsel shall develop an agricultural compensation program. | Applicant's Attorney | Prior to recordation of final map |

| | | | | | |
|---|---|---|---|---|---|
| 68.a. | 5.11-1b | farmland. (Planning and Building Inspection and Agricultural Commissioner)<br><br>**AGRICULTURE**<br>The applicant shall comply with the agricultural compensation program identified in Mitigation Measure 5.11-1a to the extent that funds remain available from the maximum fee required to be paid for the development of the agricultural compensation program pursuant to Mitigation Measure 5.11-1a and the Development Agreement Between The County of Monterey and The HYH Corporation. (Planning and Building Inspection) | Applicant shall comply with the agricultural compensation program | Applicant | Prior to approval of the final map for the last phase of the project. |
| 69. | 5.12.1-1a | **PUBLIC SERVICES AND UTILITIES**<br>Prior to recordation of the final map, the applicant shall secure all required permits including: but not limited to, a Waste Discharge Permit from the Regional Water Quality Control Board and approval of system design from County Environmental Health Division. (Planning and Building Inspection, Public Works, and Environmental Health) | Applicant shall submit evidence that permits have been obtained. | Applicant | Prior to recordation of final map |
| 70. | 5.12.1-1b | **PUBLIC SERVICES AND UTILITIES**<br>Treatment plant capacity shall be increased to accommodate each phase of the project prior to recordation of the final map for the respective project phases. A minimum 20% excess treatment capacity shall be added to the plant and disposal facilities, as needed, for each phase of the project, to | Applicant's Engineer shall design treatment plant capacity to accommodate 20% excess. | Applicant's Engineer | Prior to recordation of final map |

| | | | | |
|---|---|---|---|---|
| | | accommodate future increases in wastewater flow rates, based on estimates of future development. In addition, flows shall be metered and records of the flows shall be provided to the RWQCB and Monterey County Health Department for review and approval. **(Planning and Building Inspection and Public Works)** | | |
| 71. | 5.12.1-14 | **PUBLIC SERVICES AND UTILITIES**<br>**NOTE ON FINAL MAP:** Prior to issuance of building permit, a drift fence shall be constructed around the construction site to prevent possible wildlife movement through the corridor into the construction site area. Siting and installation of the fence shall be overseen by a biologist with appropriate permits. Pitfall traps and cover boards shall be placed along the inside of the fence line to capture animals dispersing from the work area during grading and construction. The traps shall be monitored daily through the grading and construction period and animals shall be removed from traps and placed on the outside of the fence line in appropriate cover.   This measure shall be required during each expansion phase of the facility.   Reference Permit Conditions No.'s 8, 48, 58, 59 and 129. ). **(Planning and Building Inspection)** | Applicant shall submit evidence that drift fence has been constructed. | Applicant |
| 71.a. | | **PUBLIC SERVICES AND UTILITIES**<br>A branch library, comprised of a minimum 2,500 square feet, shall be constructed, and associated site work completed, within Parcel 15B.  The applicant is not responsible for tenant improvements to the branch library and shall receive a credit for all costs of the branch library and site work against library fees required to be paid pursuant to the Development | Applicant shall construct branch library<br>(applicant is not responsible for tenant improvements) | Applicant | Prior to issuance of the first building permit in Develop |

| | | | | |
|---|---|---|---|---|
| | Agreement between the County of Monterey and the HYH Corporation. (Planning and Building Inspection) | | | ment Unit 3 |
| 72. | **PLANNING AND BUILDING INSPECTION** Prior to the issuance of a building permit, the applicant shall pay a minimum of $0.06/square foot for residential units and $1.00/square foot for commercial and industrial buildings towards public art of either public facility land or on the developer's land as set forth in Section 7.9.5 (Public Art Standards) of the Rancho San Juan Specific Plan. The master developer and/or developers and the Public Art Commission (see the Public Art Commission Mitigation Measure) shall approve the spending and distribution of Public Art Fee funds. A minimum of ½ of one cent of the total fees shall be set aside for maintenance of the public art. The maintenance budget may be increased as needed or other forms of funding for maintenance may be determined at a later date by the Public Art Commission. (Planning and Building Inspection) | Applicant shall submit evidence that fees have been paid. | Applicant | Prior to issuance of building permit |
| 73. | **PLANNING AND BUILDING INSPECTION** The applicant shall landscape the model homes with native and drought tolerant landscaping consistent with the Monterey County Landscaping Ordinance. Prior to issuance of a building permit for any phase of development, the applicant shall submit a detailed landscape plan for the model homes. The detailed landscape plan shall be submitted for review and | Landscape architect shall prepare landscape plan for review and approval by Planning and Building Inspection. | Landscape Architect | Prior to issuance of building permit |

| | | | | |
|---|---|---|---|---|
| | approval by the Monterey County Planning and Building Inspection Department and shall comply with the requirements of Section 9.4.2 (Residential Standards) of the Rancho San Juan Specific Plan. (Planning and Building Inspection) | | | |
| 74. | PLANNING AND BUILDING INSPECTION Prior to recordation of the first final map, the applicant shall submit a detailed phasing plan for review and approval by the Monterey County Public Works Department and Planning and Building Inspection Department. The detailed phasing plan shall be consistent with the illustrative phasing plan dated July 26, 2004 prepared by Bestor Engineers, Inc. and the requirements of Chapter 10 (Implementation) of the Rancho San Juan Specific Plan. Prior to occupancy of the first dwelling unit or the first square foot of commercial or industrial space of any Planning Area, all infrastructure necessary to achieve adequate levels of service (based on formulas agreed upon between the Monterey County Department of Public Works, Planning and Building Inspection Department and the developer(s) for that phase of the Planning Area) shall be in place as set forth in Chapter 10 (Implementation) of the Rancho San Juan Specific Plan. (Planning and Building Inspection and Public Works) | Applicant's engineer shall prepare detailed phasing plan | Applicant's Engineer | Prior to recordati on of final map |
| 75. | PLANNING AND BUILDING INSPECTION Prior to recordation of the final map, the applicant shall submit a conceptual landscape plan for review and approval by the Monterey County Planning and Building Inspection Department. The conceptual landscape plan shall be | Landscape architect shall prepare plan. Submit three copies to Planning and Building Inspection for review and approval. | Landscape Architect | Prior to recordati on of final map |

consistent with the Master Landscape Plan (Figure 9-2b) in the Rancho San Juan Specific Plan. The detailed landscape plan shall include the following techniques as set forth in Section 9.1 of the Rancho San Juan Specific Plan:

a. Use of drought tolerant and native plants to conserve water.

b. Protection of existing oak trees and planting of oak grove enhancement areas to restore habitat and enhance views.

c. Enhancement of blueline streams and creation of wetlands to treat stormwater runoff and provide habitat.

d. Installation of various biofiltration stormwater treatment methods, including roadway swales, detention basins, and rain gardens to improve water quality and promote aquifer recharge.

e. Provision of small-scale agricultural groves to provide community-building activities.

f. Planting of trees to enhance passive heating and cooling.

g. Use of permeable materials for garden paths, walkways, and patios.

h. Creation of defined gateways and neighborhood entries.

i. Use of low embodied energy products and actions.

j. Use of recycled materials such as used bricks, used concrete, recycled plastics, recycled wood, etc.

k. Harvesting of rainwater to promote water conservation.

l. Installation of backyard wildlife gardens to attract wildlife.

m. Preservation of natural open space areas.

| | | | | |
|---|---|---|---|---|
| | n.   (See Permit Condition No. 100 (PWSP0016)) (Planning and Building Inspection) | | | |
| 76. | PLANNING AND BUILDING INSPECTION Prior to issuance of a building permit, the applicant shall submit a detailed landscape plan for review and approval by the Monterey County Planning and Building Inspection Department. The detailed landscape plan shall be consistent with the landscape standards as set forth in Section 9.4 (Landscape Standards) of the Rancho San Juan Specific Plan. In addition, the detailed landscape plan shall comply with the requirements of the Monterey County Water Conservation Regulations 3559 and Ordinance 3190, Chapter 18.44. (Planning and Building Inspection and Water Resources Agency) | Landscape architect shall prepare plan. Submit three copies to Planning and Building Inspection for review and approval. | Landscape Architect | Prior to issuance of building permit |
| 77. | PLANNING AND BUILDING INSPECTION Prior to recordation of each final map, the applicant shall prepare a detailed plan and supporting documentation for a reclaimed water system as set forth in Section 6.2.5 (Reclaimed Water System) of the Rancho San Juan Specific Plan. The plan and supporting documentation shall be submitted for review and approval by the Monterey County Public Works Department, Environmental Health Division, Water Resources Agency and Planning and Building Inspection Department. The plan shall provide for treated wastewater from the sewage treatment plant on the HYH | Applicant shall prepare a detailed plan and supporting documentation for a reclaimed water system. | Applicant | Prior to recordation of final map |

| | | | | |
|---|---|---|---|---|
| | property to be distributed by a separate reclaimed water system for non-potable water uses within the Butterfly Village portion of the specific plan area. The distribution lines for the reclaimed water system shall be separate from the lines for the potable water system. Operational storage facilities shall be provided to serve each zone and/or at the reclamation plant site. In addition to irrigation, the plan shall provide for the reclaimed water to be allowed to percolate into the aquifer through subgrade structures below other surface land uses. For this process, the reclaimed water shall be treated to a higher level than for irrigation, to the satisfaction of the Monterey County Environmental Health Division. (Planning and Building Inspection, Public Works, Environmental Health and Water Resources Agency) | | | |
| 78. | PW0015 – UTILITY'S COMMENTS  Submit approved tentative map to impacted utility companies. Applicant shall submit utility company recommendations, if any, to the Department of Public Works (DPW) for all required easements. (Public Works) | Applicant shall provide tentative map to impacted utility companies for review. Applicant shall submit utility comments to DPW. | Applicant | Prior to Recordat ion of Final Map |
| 79. | PW0016 – MAINTENANCE OF SUBDIVISIONS  Pay for all maintenance and operation of subdivision improvements from the time of installation until acceptance of the improvements for the subdivision by the Board of Supervisors as completed in accordance with the subdivision improvement agreement and until a Community Service District (CSD) or other public entity with legal authorization to collect fees sufficient to support the services is formed to assume responsibility for the services. (Public Works) | Applicant shall be responsible to maintain improvements until maintenance is assumed by another entity. | Applicant | Until Maintena nce is assumed by CSD or other public entity. |