# Exhibit J (part 3)

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of Compliance (name/date) |
|---|---|---|---|---|---|---|
| 80. | | **PW0017 – NATURAL DRAINAGE EASEMENT** Designate all natural drainage channels on the final map by easements labeled "Natural Drainage Easement". **(Public Works)** | Applicant's Surveyor shall include labeling as described on Final Map. | Applicant's Surveyor | Prior to Recordation of Final Map | |
| 81. | | **PW0021 – ROAD NAMES** Submit all proposed road names to the DPW for approval by County Communications. **(Public Works)** | Applicant shall submit proposed road names to DPW. DPW will submit to County Communications for approval. | Applicant | Prior to Recordation of Final Map | |
| 82. | | **PW0026 – PLANTING FOR GRADED AREAS** Plant and maintain all graded areas of the street right-of-way as required by the DPW to control erosion. The area planted shall include all shoulder areas and all cut and fill slopes. A report and plan prepared by a qualified person shall be submitted for approval of the DPW and include the following:<br>a. Stabilized cut and fill slopes.<br>b. Specific method of treatment and type of planting, by area, for each soil type and slope required to satisfy item (a).<br>Type and amount of maintenance required to satisfy item (a). **(Public Works)** | Applicant's Engineer or Landscape Architect shall include erosion control measures on improvement plans. | Applicant's Engineer/Landscape Architect | Prior to Recordation of Final Map | DPW |
| 83. | | **PW0027 – CUT/FILL SLOPE (2:1)** Cut and fill slopes shall not exceed 2 to 1 except as specifically approved in concurrence with the geo-technical report. **(Public Works)** | Applicant's Engineer shall include notes on Improvement Plans. | Applicant's Engineer | Prior to Recordation of Final Map or approval | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| | | | | | of grading permit (whichever occurs first) | |
| 84. | | **PWSP0001 – BICYCLE/PEDESTRIAN PATHS** Include streetlights for bicycle/pedestrian paths, except in designated open space areas, identifying locations and proposed lighting on improvement plans. **(Public Works)** | Applicant's Engineer shall include the location and type of bicycle/pedestrian streetlights in the improvement plans. | Applicant's Engineer | Prior to Recordation of Final Map | |
| 85. | | **PWSP0002 – COMMUNITY SERVICES DISTRICT** Prior to recordation of a Final Map, complete all Local Agency Formation Commission (LAFCO) requirements and create a CSD for operation and maintenance of specified infrastructure as required by DPW. The LAFCO submittal shall include a detailed written detailed inventory of CSD maintained infrastructure with specific locations, limits, areas, dimensions, and miscellaneous information to clearly identify all facilities to be operated and maintained by the CSD. Infrastructure to be included is not limited to, but shall include all roads, streetlights, storm water, parks, open space, and other miscellaneous improvements. The administrative and enforcement services provided by the CSD shall include the activities of a Water Coordinator to provide water management activities identified in the Rancho San Juan EIR. **(Public Works)** | Applicant's Attorney and Engineer shall submit documents to LAFCO. | Applicant's Attorney/Applicant's Engineer | Prior to Recordation of Final Map | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86. | | **PWSP0003 – COMMUNITY SERVICES DISTRICT** The CSD shall be responsible for the operations and maintenance of the open space numbered 15I, 16B, 16C and 16E, as indicated on the Vesting Tentative Map. Open Space within or immediately adjacent to the golf course shall be ~~operated~~ owned and maintained by the golf course. (Public Works) | Applicant's Engineer shall prepare an Operations and Maintenance Plan (OMP). | Applicant's Engineer | Prior to Recordation of Final Map | |
| 87. | | **PWSP0004 – COMMUNITY SERVICES DISTRICT** Prepare an OMP for all CSD facilities subject to the approval of the Director of Public Works. Said OMP shall include a detailed inventory of all facilities, operating requirements of each item, schedules, and proposed maintenance strategies for perpetuation of the facilities. The OMP shall take into account the phasing of the project over time and the financial needs for completion of the work on schedule. The OMP shall include an estimated cost for completion of the operating and maintenance strategy requirements, capital replacement, and an operating reserve over time for completion of each phase of the development and at completion of the development. (Public Works) | Applicant's Engineer shall prepare an OMP. | Applicant's Engineer | Prior to Recordation of Final Map | |
| 88. | | **PWSP0005 – COMMUNITY SERVICES DISTRICT** Develop, execute, and record a property related agreement between the current property owner and the County to establish a maximum fee for each property created within the Butterfly Village development to provide for completion of the OMP by the CSD. Said agreement shall be subject to the approval of the Director of Public Works and County Counsel. The agreement shall include all required ordinances, engineering assessments, or other legal documents sufficient | Applicant's Attorney in consultation with County Counsel shall prepare agreement. | Applicant's Attorney | Prior to Recordation of Final Map | |

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of compliance (name/date) |
|---|---|---|---|---|---|---|
| | | to establish a mechanism for collection of parcel fees and provide for an annual Engineering News Record Construction Cost Index increase in the parcel fee. **(Public Works)** | | | | |
| 89. | | **PWSP0006 – COMMUNITY SERVICES DISTRICT** Develop and execute an agreement between the County and the CSD for operation and maintenance of all CSD facilities subject to the approval of the Director of Public Works and County Counsel. **(Public Works)** | Applicant's Attorney in consultation with County Counsel shall prepare agreement. | Applicant's Attorney | Prior to Recordation of Final Map | |
| 90. | | **PWSP0007 – COMMUNITY SERVICES DISTRICT** Prepare an OMP for all infrastructure not included in the CSD inventory subject to the approval of the Director of Public Works. Develop, execute, and record an agreement subject to the approval of the Director of Public Works with the Golf Course property owner for acceptance, use, operation, and maintenance of the infrastructure in accordance with the approved operation and maintenance plan. **(Public Works)** | Applicant's Engineer shall prepare an OMP. Applicant's Attorney, in consultation with County Counsel, shall prepare agreement. | Applicant's Engineer/Applicant's Attorney | Prior to Recordation of Final Map | |
| 91. | | **PWSP0008 – COMMUNITY SERVICES DISTRICT** The CSD shall be responsible for the maintenance and operations of the following percolation pond numbers 6B, 7, 14, and 15, as indicated in the Vesting Tentative Map. Ponds located within or immediately adjacent to the golf course shall be operated and maintained by the golf course. **(Public Works)** | Applicant's Engineer shall prepare an OMP to be approved by the Department of Public Works. Applicant/Golf Course Owner shall operate and maintain ponds immediately adjacent to golf course. | Applicant's Engineer/Applicant/Golf Course Owner | Prior to Issuance of a Grading Permit or Recordation of Final Map | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| | | | | | (whichever comes first). | |
| 92. | | **PWSP0009 – GRADING**<br>The Registered Engineer preparing the geotechnical report shall submit a statement that the grading plan is in conformance with the geotechnical recommendation. **(Public Works)** | Applicant's Engineer shall submit a statement that the grading plan is in conformance with the geotechnical recommendation. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 93. | | **PWSP0010 – GRADING**<br>Submit documents certifying acquisition of public right-of-way or right of possession of all off-site and emergency access improvements presented in the form of a title report or preliminary title report. **(Public Works)** | Applicant's Engineer shall present title report or preliminary title report documenting ownership of right-of-way. | Applicant's Engineer | Prior to Issuance of a Grading Permit for any off-site grading and prior to issuance of building permit. | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| 94. | | **PWSP0011 – GRADING**<br>Applicant shall provide Vista hazardous materials or approved equal report for the site and submit to Environmental Health for review and approval. **(Public Works)** | Applicant's Engineer shall provide hazardous materials report. | Applicant's Engineer | Prior to Issuance of a Grading Permit | |
| 95. | | **PWSP0012 – GRADING**<br>Grading plan shall indicate proposed design grades for access improvements, including emergency fire access roads. **(Public Works)** | Applicant's Engineer shall provide grading plans. | Applicant's Engineer | Prior to Issuance of a Grading Permit for off-site grading | |
| 96. | | **PWSP0013 – GRADING**<br>Prior to grading, Applicant shall submit final plans and specifications for approval for the off-site access improvements. **(Public Works)** | Applicant's Engineer shall provide final plans and specifications. | Applicant's Engineer | Prior to Issuance of a Grading Permit for off-site grading | |
| 97. | | **PWSP0014 – GRADING**<br>Prior to grading, letters from adjacent property owners providing permission for grading shown on their property shall be notarized and submitted to the County. In the event that the applicant notifies the County that it is unable to timely secure the required right-of way at fair market value, the County shall, after verifying the landowners' rejection of | Applicant shall provide to the County notarized grading letters. | Applicant | Prior to Issuance of a Grading Permit for off-site | |

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of Compliance (name/date) |
|---|---|---|---|---|---|---|
| | | applicant's bonafide offer to purchase the required property interests at a price established by a County approved appraiser for condemnation appraisals, shall acquire the land or right-of-way through negotiation or eminent domain. **(Public Works)** | | | grading | |
| 98. | | **PWSP0015 – GRADING** Submit grading plans and specifications prepared by a registered California Professional Engineer for the development subject to the approval of the Directors of Public Works, Planning and Building Inspection, and the Water Resources Agency. The grading plans shall include existing and final contours at intervals of two-foot, excavation and fill quantity take offs by area, description of methods for excavation and embankment construction, and descriptions of methods of stockpiling, storing, and replacing top soil. Grading specifications shall provide methods for excavation, embankment construction, and vegetation preservation to include requirements for equipment prohibitions, grade tolerance, relative compaction requirements by area, removal or disposal of deleterious material, handling or removal of unsuitable or surplus material, and specifying of any import requirements. **(Public Works)** | Applicant's Engineer shall prepare final grading plans and specifications and inspect and supervise grading work. | Applicant's Engineer | Prior to Issuance of a Grading Permit | |
| 99 | | **PWSP0015A – GRADING** The grading construction work shall be completed under the direct supervision of a registered California Professional Engineer in Civil Engineering, or other qualified California Professional Engineer. **(Public Works)** | Applicant shall complete grading construction work under the direct supervision of a registered California Professional Engineer. | Applicant | On-going | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Timing | [illegible] |
|---|---|---|---|---|---|---|
| 100. | | **PWSP0016 – GRADING**<br>Grading plans shall be accompanied with a vegetation preservation plan and a detailed re-vegetation and erosion control plan subject to the approval of the Directors of Public Works, Planning and Building, and the Water Resources Agency. Re-vegetation plans shall include methods of planting or seeding, fertilization, irrigation, and long-term maintenance of the site. The long-term maintenance requirements for re-vegetation and erosion control shall require financial surety ensuring maintenance is performed. The erosion control plan shall be completed in accordance with the California Regional Water Quality Control Board (CRWQCB) requirements for an NPDES construction storm water permit. This activity includes the filing of an appropriate Notice of Intent (NOI) and preparation of the Storm Water Pollution Prevention Plan (SWPPP) for the disturbed area. Grading shall not be allowed until the NPDES permit has been issued.<br>(See Permit Conditions No.'s 57 (Mitigation 5.9-1), 197 and 75)<br>**(Public Works)** | Applicant's Engineer and Landscape Architect shall provide vegetation preservation plan and a detailed re-vegetation and erosion control plan. | Applicant's Engineer/Applicant's Landscape Architect | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 101. | | **PWSP0017 – GRADING**<br>Develop and enter into an agreement and provide surety for maintenance of the erosion control plan prior to obtaining authorization for grading. The agreement shall be subject to the approval of the Directors of Public Works, Planning and Building Inspection and the Water Resources Agency.<br>**(Public Works, Planning and Building Inspection, and** | Applicant's Attorney in consultation with County Counsel shall develop and enter into agreement for maintenance of the erosion plan. | Applicant's Attorney | Prior to Issuance of a Grading Permit or Recordation of Final | |

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of Compliance (name/date) |
|---|---|---|---|---|---|---|
| | | **Water Resources)** | | | Map (whichever comes first). | |
| 102. | | **PWSP0018 – GRADING**<br>Grading shall not be authorized for a phase until Final Improvement Plans for that phase have been approved by the Directors of Public Works, Water Resources Agency, and Planning and Building Inspection. **(Public Works, Water Resources and Planning and Building Inspection)** | Applicant's Engineer shall prepare and submit final improvement plans for each phase. | Applicant's Engineer | Prior to Issuance of a Grading Permit | |
| 103. | | **PWSP0019 – GRADING**<br>An Air Quality Permit shall be obtained for the grading work and appropriate dust control shall be implemented as part of the project. Reference DEIR pages 5.7-10 and 5.7-13. **(Public Works)** | Applicant shall obtain an Air Quality Permit. | Applicant | Prior to Issuance of a Grading Permit | |
| 104. | | **PWSP0020 – GRADING**<br>A Haul Route Plan shall be submitted for approval of off-site import or export amounts exceeding 10,000 cubic yards of material. **(Public Works)** | Applicant's Engineer shall submit Haul Route Plan. | Applicant's Engineer | Prior to Issuance of a Grading Permit | |
| 105. | | **PWSP0021 –GRADING**<br>Because this project involves a land disturbance of one or more acres, the Applicant shall submit an NOI to the State Water Resources Control Board (SWRCB) and to prepare a SWPPP for controlling storm water discharges associated with construction activity. Copies of these documents must be submitted to DPW. Reference DEIR pages 5.7-10 and 5.7-13. | Applicant shall submit an NOI for controlling storm water discharge. Copies shall be submitted to DPW. | Applicant | Prior to Issuance of a Grading Permit | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| | | **(Public Works)** | | | | |
| 106. | | **PWSP0022 – IMPROVEMENT PLANS**<br>Prepare detailed engineering calculations and improvement plans subject to the approval to the Directors of Public Works, Environmental Health, Planning and Building Inspection, and the Water Resources Agency for infrastructure facilities including utilities, roads, storm water, wastewater, potable water, reclaimed water, earthwork, grading, and lighting facilities. Applicant shall provide potable water, wastewater and reclaimed water improvements on one plan. **(Public Works, Environmental Health and Planning and Building Inspection)** | Applicant's Engineer to prepare engineering calculations. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 107. | | **PWSP0023 IMPROVEMENT PLANS – GEOTECHNICAL**<br>Laboratory Soils Testing shall include moisture-density and unconfined compressive strength determinations, engineering classification tests (gradation and Batterer Limits) and screening for corrosion potential (ph/minimum resistivity/sulfate/chloride). Stabilometer Resistance ("R") value tests shall be made on prospective pavement sub-grade materials. **(Public Works)** | Applicant's Engineer shall provide laboratory soils testing as identified in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| | | | | | first). | |
| 108. | | **PWSP0024 – IMPROVEMENT PLANS GEOTECHNICAL** The results of all subsurface exploration and laboratory moisture-density and unconfined compressive strength determinations shall be presented in the "Log of Test Borings" format. Geotechnical analyses/evaluations for the project shall include: liquefaction potential; ground stability; type, level, embankment settlement and waiting period requirement; soils corrosion potential; and subsurface materials and conditions with respect to road construction. Results of study shall be summarized in a written report of foundation investigation. Applicant shall provide subsequent consultation and review the plans and specifications with respect to geotechnical criteria. Roadway evaluation shall address embankment fill foundation conditions and preparation requirements and anticipated pavement sub-grade conditions and pavement structural section requirements. Roadway considerations, including results of "R"-value test, shall be reported in a separate letter submittal. (Public Works) | Applicant's Engineer shall present information in the "Log of Test Borings" format, a written report of foundation investigation, and shall provide subsequent consultation and review the plans and specification with respect to geotechnical criteria. "R"-value test shall be reported in a separate letter. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 109. | | **PWSP0025 – IMPROVEMENT PLANS – GEOTECHNICAL** One boring per 500 feet of roadway shall be made to evaluate | Applicant's Geologist and Engineer shall perform work identified in this condition. | Applicant's Geologist/Applicant's | Prior to Issuance of a | |

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of Compliance (name/date) |
|---|---|---|---|---|---|---|
| | | roadway foundation and sub-grade conditions. Encountered earth materials shall be field-classified and borings logged by an engineer/geologist. In cuts boring shall be to a depth of 5-10 feet beyond proposed final grade of roadway, in fills boring shall be to a depth of 5-10 feet beyond existing ground elevation. **(Public Works)** | | Engineer | Grading Permit or Recordation of Final Map (whichever comes first). | |
| 110. | | **PWSP0026 – IMPROVEMENT PLANS – STORM DRAINS AND SWALES** The design hydraulic study shall indicate the location and size of storm drains, and swales including all necessary provisions for drainage. Flows for 2-year, 10-year, and 25-year storm shall be submitted for swales, channels, and each storm trunk line manholes. Storm Drain inlets shall be located and the system sized to carry runoff from a 2-year storm entirely in the pipes; the combination of pipes and gutters shall have the capacity to carry runoff from a 10-year storm with no ponding that would prohibit the passage of motor vehicles; and the system of streets, swales and pipelines shall have the capacity to carry runoff from a 25-year storm with no inundation of private property or damage to public facilities; and the system of streets, swales and pipelines shall have the capacity to carry runoff from a 100-year storm with no flooding of private or public structures. **(Public Works)** | Applicant's Engineer shall prepare a Hydraulic Study. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| 111. | | **PWSP0027 – IMPROVEMENT PLANS – STORM DRAINS AND SWALES**<br>Drainage Plan and Profile Sheets shall be prepared at a horizontal scale of 1"=20' and a vertical scale of 1"=2'. These sheets shall include drainage systems (sizes and types), if applicable, gutter profile (station, offset, elevation, and slopes), drainage details, drainage quantities, and other pertinent information, as needed. Proposed slopes of pipes, invert elevations, type of facility for storm drains, and overland drainage releases shall be indicated on the plans. **(Public Works)** | Applicant's Engineer shall prepare improvement plans as indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 112. | | **PWSP0028– IMPROVEMENT PLANS – STREETS**<br>Prepare and execute an agreement with the County to reimburse the County and provide advance funding for the cost of a third party construction management and materials testing firm supervised by a registered California Professional Engineer in Civil Engineering to inspect all subdivision infrastructure improvements, including but not limited to streets, roads, storm drain, sewer and water facilities. The firm shall also prepare As Built (Record Drawings) of improvements. **(Public Works)** | Applicant's Attorney in consultation with County Counsel shall prepare agreement. Applicant's Engineer shall prepare As Built (Record Drawings) of improvements. | Applicant's Attorney/Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 113. | | **PWSP0029 – IMPROVEMENT PLANS – STREETS**<br>The typical Section Sheet shall include the roadway structural section as designed, based on a Traffic Index (TI) and the recommendations of the geotechnical report. Typical sections shall be produced for the project. **(Public Works)** | Applicant's Engineer shall prepare improvement plans as indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 114. | | **PWSP0030 – IMPROVEMENT PLANS – STREETS**<br>Plan and Profile sheets shall be produced at a horizontal scale of 1"=20' and a vertical scale of 1"=2'. The plan view shall delineate the general roadway improvements and pavement dimensions. Geometric information, tied to the project control points, shall be shown to sufficiently describe both the horizontal and vertical alignments. **(Public Works)** | Applicant's Engineer shall prepare improvement plans as indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| 115. | | **PWSP0031 – IMPROVEMENT PLANS – STREETS**<br>A Superelevation Diagram Sheet for horizontal curve treatment shall be prepared at a horizontal scale of 1"=40' where required. **(Public Works)** | Applicant's Engineer shall prepare improvement plans as indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 116. | | **PWSP0032 – IMPROVEMENT PLANS – STREETS**<br>The roadway Construction Detail Sheets shall be prepared at appropriate scales. Utility locations, grading and geometric details shall be shown. Specific improvement details may also be shown on the Construction Details Sheets. **(Public Works)** | Applicant's Engineer shall prepare improvement plans as indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| 117. | | **PWSP0033 – IMPROVEMENT PLANS – STREETS** . An engineers report shall be submitted analyzing sight distance at crest, sag vertical curves, and horizontal curves as well as intersections. Sight distance shall be subject to approval by DPW. **(Public Works)** | Applicant's Engineer shall prepare an engineers report with the information stated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 118. | | **PWSP0034 – IMPROVEMENT PLANS – GENERAL** Provide the County with AutoCAD (latest version) compatible files (DXF or DWG) for all computer-generated mapping, construction plans and graphic information related to project and mylars for improvement plans. **(Public Works)** | Applicant's Engineer shall provide the County with AutoCAD (latest version) compatible files (DXF or DWG) for all computer generated mapping, construction plans, and graphic information and mylars for improvement plans. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of Compliance (name/date) |
|---|---|---|---|---|---|---|
| 119. | | **PWSP0035 – IMPROVEMENT PLANS - SURVEYS** Horizontal and vertical datum for surveys and deliverables shall be compiled using NAD 83 and NAVD 88 respectively. This control system information shall be shown on the plans as well as the NGS control points used to develop the network. A digital copy of the plans, survey control and layer list used is required. The coordinate system for the project shall be based upon California Coordinate System, Zone 4. Conventional survey techniques or GPS shall be utilized to bring control to the project area. **(Public Works)** | Applicant's Engineer shall prepare improvement plans as indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 120. | | **PWSP0036 – IMPROVEMENT PLANS - SURVEYS** Plans submitted shall use existing centerline alignments, stationing and monuments that are of record with the Monterey County Survey Division. Station offsets and elevations shall be provided to physical design features. Station and offset, and bearing and distances shall be provided for right-of-way location. Bearing and distances and coordinates shall be shown for centerline. Description, coordinates and elevation of the control points used for this project shall be shown and described on the plans. A survey control sheet may be used for listing required horizontal and vertical control coordinates and elevation information or references to the County's benchmarks, or monument ties. **(Public Works)** | Applicant's Engineer shall prepare improvement plans as indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 121. | | **PWSP0037 – IMPROVEMENT PLANS – SURVEYS**<br>Basic units for surveys and deliverables provided shall be English units. Basic scale for base mapping shall be 1"=40' with 2-foot contour intervals. The width of coverage for topographic surveying and base mapping shall be extended 200 feet beyond the limits of the project. (Public Works) | Applicant's Engineer shall prepare improvement plans as indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 122. | | **PWSP0038 – IMPROVEMENT PLANS – UTILITIES**<br>Locations of existing utility mainline facilities shall be shown on the base mapping and project plans, based on available record information and visible surface evidence. (Public Works) | Applicant's Engineer shall prepare improvement plans as indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of Compliance (name/date) |
|---|---|---|---|---|---|---|
| 123. | | **PWSP0039 – IRRIGATION SYSTEM**<br>Complete design, prepare improvement plans, obtain permits, and construct recycled water irrigation system to include the storage facilities, pumps, distribution system, and spray field areas meeting the requirements of the CRWQCB and the California Department of Health Services (CDHS) subject to the approval of the Public Works Director. The design shall provide for irrigation mains from the wastewater treatment plant to the rest of the Rancho San Juan Specific Plan area. Install all required monitoring devices required by the permits. Preparation of improvement plans and construction of the work shall be completed under the supervision of a California Professional Engineer. Said engineer shall certify that all facilities have been completed in accordance with approved improvement plans, specifications, and approved change orders. **(Public Works)** | Applicant's Engineer shall complete design, prepare improvement plans, and obtain permits, and construct recycled water irrigation system. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first) and On-going | |
| 124. | | **PWSP0040 – IRRIGATION SYSTEM**<br>Prepare an Engineering Report for the production, distribution, and use of recycled water meeting CDHS requirements subject to the approval of the Directors of Environmental Health and Public Works. The report shall include a recycled water balance and usage component that indicates projected schedule, rates, and usage over the course of the year at completion of each phase of the development. **(Environmental Health, Water Resources Agency and Public Works)** | Applicant's Engineer shall prepare an Engineering Report. The report shall include the information indicated in this condition. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first) and ongoing | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| 125. | | **PWSP0041 – IRRIGATION SYSTEM**<br>Prepare an OMP for the reclaimed water delivery system as well as spray field areas including appropriate alarm and response plans subject to the approval of the Director of Public Works. **(Public Works)** | Applicant's Engineer shall prepare an OMP for the reclaimed water delivery system as well as spray field areas including appropriate alarm and response plans. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 126. | | **PWSP0041A – IRRIGATION SYSTEM**<br>Develop, execute, and provide an agreement subject to the approval of the Public Works Director and County Counsel with a California Public Utility Commission (CPUC) regulated company that provides for permitting, acceptance, operation, and maintenance in perpetuity of the reclaimed water delivery facilities to include the mains, pumps, and storage facilities. **(Public Works)** | Applicant's Attorney in consultation with County Counsel shall develop, execute, and provide agreement. In addition, Applicant shall provide bonds. | Applicant's Attorney/Applicant | Prior to Recordation of Final Map | |
| 127. | | **PWSP0042 – IRRIGATION SYSTEM**<br>Prepare, execute, and record agreements subject to the approval of the Directors of Environmental Health and Public Works that provides for the acceptance, use, operation, and maintenance of the reclaimed water spray field system. The agreements shall be an obligation of the property owner utilizing reclaimed water and shall be recorded against the property. The agreements shall require acceptance and usage of all reclaimed water from the HYH Butterfly Village | Applicant's Engineer shall prepare, execute, and record agreements that provide for the acceptance, use, operation, and maintenance of the reclaimed water spray field system. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| | | Development as well as compliance with all permit requirements. **(Public Works)** | | | (whichever comes first). | |
| 128. | | **PWSP0043 – IRRIGATION SYSTEM** Prepare, execute, and provide a franchise agreement with the County of Monterey subject to the approval of the Director of Public Works for all irrigation facilities within the public road right-of-way. **(Public Works)** | Applicant's Attorney in consultation with County Counsel shall prepare, execute, and provide a Franchise Agreement. | Applicant's Attorney | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |
| 129. | | **PWSP0044 – IRRIGATION SYSTEM** Prepare and execute an agreement subject to the approval of the Public Works Director for reimbursement of costs for irrigation facilities installed by the HYH Butterfly Village Development that will be used by the remainder of the Rancho San Juan Specific Plan area. Reference Permit Conditions No.'s 8, 48, 58, 59, and 71. **(Public Works)** | Applicant's Attorney in consultation with County Counsel shall prepare and execute an agreement for reimbursement of costs for irrigation facilities. | Applicant's Attorney | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes | |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| | | | | | first). | |
| 130. | | **PWSP0045 – OPEN SPACE MAINTENANCE** Parcels 15C, 15D, 15E, 15F, 15G, 15H, and 15J shall be under the ownership and responsibility of the Golf Course owner to maintain. Open space easements consistent with the approved OMP and Specific Plan shall be dedicated to the County over said parcels. (Public Works) | Applicant/Golf Course Owner shall maintain parcels listed in this condition. | Applicant/Golf Course Owner | On-going | |
| 131. | | **PWSP0046 – RIGHT-OF-WAY** The Final Map shall provide that all open space maintained by the CSD be dedicated to the CSD in fee. (Public Works) | Applicant shall show all open space parcels on the Final Map dedicated to the CSD. | Applicant | Prior to Recordation of Final Map | |
| 132a. | | **PWSP0047 – STORM WATER DRAINAGE** Submit detailed engineering calculations for all storm water facilities such as ponds, basin or watershed areas, design rainfall intensities, time of concentration, and recommendations for sizes for all storm water facilities subject to the approval of the Directors of Public Works and the Water Resources Agency. Submit improvement plans that have been prepared under the supervision of a registered California Professional Engineer in Civil Engineering for the proposed storm water facilities subject to the approval of the Directors of Public Works and the Water Resources Agency. Plans are not limited to, but shall comply with the following: | Applicant's Engineer shall submit detailed engineering calculation and improvement plans. | Applicant's Engineer | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). | |

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of Compliance (name/date) |
|---|---|---|---|---|---|---|
| | | • Manhole spacing shall not exceed 300 feet.<br>• Each manhole shall have adjacent access provided by a 16 foot wide all weather access road capable of carrying a 20-ton truck.<br>• The minimum storm drain diameter within the street system shall be 18 inches.<br>**(Public Works)** | | | | |
| 132b. | | **PWSP0047 – STORM WATER DRAINAGE**<br>1. Submit detailed engineering calculations for all storm water facilities such as ponds, basin or watershed areas, design rainfall intensities, time of concentration, and recommendations for sizes for all storm water facilities subject to the approval of the Directors of Public Works and the Water Resources Agency. Submit a drainage study including an evaluation of off-site impacts to the existing systems, the legal right and ability to deliver surface water run off to downstream properties. The drainage study shall address the issue of the potential for increase in volume of runoff, increase in flow rate and the changes of stream velocity. The drainage model used shall be pre-approved by the Water Resources Agency and shall be appropriate for the size of the drainage area being evaluated. Field surveys shall verify elevations assumed by the model. The drainage study shall evaluate and make recommendations for improvements to this off site system and estimate operational and maintenance | Applicant's Engineer shall submit detailed engineering calculations.<br><br>Applicant's Engineer shall submit a Drainage Study.<br><br>Applicant's Engineer shall submit | Applicant's Engineer<br><br>Applicant's Engineer<br><br>Applicant's | Prior to Issuance of a Grading Permit or Recordation of the Final Map (whichever comes first). | |

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of Compliance (name/date) |
|---|---|---|---|---|---|---|
| | | costs associated with improvements. Submit improvement plans that have been prepared under the supervision of a registered California Professional Engineer in Civil Engineering for the proposed storm water facilities subject to the approval of the Directors of Public Works and the Water Resources Agency. | Improvement Plans. | Engineer | | |
| | | 2. Provide drainage releases, agreements, easements, rights of way or other legal documents subject to the approval of the Directors of Public Works, Planning and Building Inspection, Water Resources Agency, and County Counsel with other down stream property owners that provide for making necessary improvements and/or providing for increased storm water discharges from the Development. Enter into an agreement to reimburse the County for supplemental environmental work required by drainage improvements required off-site. | Applicant's Engineer shall provide drainage releases, agreements, easements, rights of way or other legal documents<br><br>Applicant's attorney in consultation with County Counsel shall prepare and execute a reimbursement agreement for supplemental environmental work | Applicant's Engineer<br><br>Applicant's attorney | | |
| | | 3. Complete final design plans, prepare construction documents, and construct drainage improvements as required, to provide for storage, transmission or disposal of increased storm water discharges from the development for on-site and off-site improvements. Security shall be provided in the form of a performance bond for 100% of the improvement cost, a labor and materials bond for 50% of the labor and material costs and a maintenance bond for 100% of the estimated cost of annual operation and maintenance of the off-site improvements held for 15 | Applicant's engineer shall complete final design plans, prepare construction documents, and construct drainage improvements as required.<br><br>Applicant shall provide bonds | Applicant's Engineer<br><br>Applicant | | |

| Permit Cond. Number | Mitig. Number | Conditions of Approval and/or Mitigation Measures and Responsible Land Use Department | Compliance or Monitoring Actions to be performed. Where applicable, a certified professional is required for action to be accepted. | Responsible Party for Compliance | Timing | Verification of Compliance (name/date) |
|---|---|---|---|---|---|---|
| | | years. Additional security shall be provided subject to the approval of County Counsel in the amount of $3,000,000 to cover any potential liability that may be filed against the county due to off-site erosion to be held for the period of 15 years.<br>4. Drainage Facilities shall be conveyed to and operated by the CSD. The CSD shall enter into agreement with the County subject to the approval of the Directors of Public Works, Planning and Building Inspection, Water Resources Agency, and County Counsel for the prevention of sediment from entering down stream facilities, maintenance of retention/detention/sedimentation ponds, and provide for the restoration of the Drainage Facilities caused by storm activities. The agreement shall provide that the CSD maintain adequate reserves for the annual maintenance of the Drainage Facilities, provide that the CSD maintain adequate liability insurance and include an appropriate hold harmless clause for the County. **(Public Works)** | Applicant's attorney in consultation with County Counsel shall prepare and execute an agreement | Applicant's attorney | | |
| 133. | | **PWSP0048 – STORM WATER DRAINAGE**<br>The construction of all storm drain facilities shall be under the supervision of a registered California Professional Engineer in Civil Engineering. Said Engineer shall certify that the work has been completed in accordance with approved plans, specifications, and approved change orders. **(Public Works)** | Applicant's Engineer shall certify that construction of all storm drain facilities are completed in accordance with approved plans, specifications, and approved change orders. | Applicant's Engineer | Until Final Acceptance of Subdivision Improvements | |