**Exhibit J (part 4)**

| | | | | | |
|---|---|---|---|---|---|
| 134. | | PWSP0049 – STORM WATER DRAINAGE<br><br>The drainage swales and pond Numbers 1, 2, 3, 4, 5, 6, 6A, 8, 9, 10, 11, 12, and 13 located within and adjacent to the Golf Course area as shown on the Butterfly Village Vesting Tentative Map Illustrative Phasing Plan dated June 11, 2004 by Bestor Engineers shall be maintained by the Golf Course property owner. Prepare, execute, and record an agreement subject to the approval of the Directors of Public Works, Planning and Building Inspection, and the Water Resources Agency for acceptance, use, operation, and maintenance of the storm water swales and ponds. (Public Works) | Applicant's Attorney in consultation with the County Counsel shall prepare, execute, and record an Agreement for acceptance, use, operation, and maintenance of the storm water swales and ponds listed in this condition. | Applicant's Attorney | Prior to Issuance of a Grading Permit or Recordation of Final Map (whichever comes first). |
| 135. | | PWSP0050 – STREETS AND ROADS (STIRLING ROAD)<br><br>Applicant shall construct project access improvements on Stirling Road from the development site to its intersection with San Juan Grade Road. In the event that the applicant notifies the County that it is unable to timely secure the required right-of-way at fair market value, the County shall, after verifying the landowners' rejection of applicant's bonafide offer to purchase the required property interests at a price established by a County approved appraiser for condemnation appraisals, shall acquire the land or right-of-way through negotiation or eminent domain. Applicant shall fund the cost of the County's acquisition and related court proceedings. (Public Works) | Applicant shall provide bonds and construct Stirling Road extension. | Applicant | Prior to Issuance of Building Permit |

| | | | | |
|---|---|---|---|---|
| 136. | PWSP0051 – STREETS AND ROADS (STIRLING ROAD) Applicant shall install traffic signal at Stirling Road/San Juan Grade Road. Intersection shall operate at acceptable levels of service. (Public Works) | Applicant shall provide bonds and construct intersection improvements and install traffic signal at Stirling Road/San Juan Grade Road. | Applicant | Complet ed as Part of Phase 1 Improve ments. |
| 137. | PWSP0052 – STREETS AND ROADS (NORTHWEST ACCESS) Applicant shall construct northwest project access between the development site and its intersection with Harrison Road. In the event that the applicant notifies the County that it is unable to timely secure the required right-of-way at fair market value, the County shall, after verifying the landowners' rejection of applicant's bonafide offer to purchase the required property interests at a price established by a County approved appraiser for condemnation appraisals, shall acquire the land or right-of-way through negotiation or eminent domain. Applicant shall fund the cost of the County's acquisition and related court proceedings. (Public Works) | Applicant shall provide bonds and construct northwest access road. | Applicant | Prior to Issuance of Building Permit |
| 138. | PWSP0053 – STREETS AND ROADS (NORTHWEST ACCESS) Applicant shall install traffic signal at the intersection of northwest access road and Harrison Road, when warrants are met and subject to the Public Works Director. Intersection shall operate at acceptable levels of service. (Public Works) | Applicant shall provide bonds and construct intersection improvements and install traffic signal at Northwest Access/Harrison Road. | Applicant | To Be Determin ed by Public Works |

| | | | | |
|---|---|---|---|---|
| 139. | PWSP0054 – STREETS AND ROADS (EMERGENCY ACCESS) Applicant shall construct emergency access roads from Northwest Access to Purple Wing Circle as well as the connection to Hebert Road for emergency service providers in accordance with the Fire Departments standards and shall acquire legal access/easement from property owners. In the event that the applicant notifies the County that it is unable to timely secure the required right-of-way at fair market value, the County shall, after verifying the landowners' rejection of applicant's bonafide offer to purchase the required property interests at a price established by a County approved appraiser for condemnation appraisals, shall acquire the land or right-of-way through negotiation or eminent domain. Applicant shall fund the cost of the County's acquisition and related court proceedings. (Public Works) | Applicant shall provide bonds and construct emergency access roads. | Applicant | Prior to Issuance of Building Permit |
| 140. | PWSP0055 – STREETS AND ROADS – ON-SITE Applicant shall dedicate to the County or CSD all public right-of-way for all On-Site Traffic Improvements. (Public Works) | Applicant shall dedicate to the County or CSD rights-of-way for all on-site traffic improvements. | Applicant | Prior to Recordat ion of Final Map |
| 141. | PWSP0058 – STREET AND ROADS Provide a written report with recommendations for appropriate traffic control devices by a registered Professional Engineer in Traffic Engineering of the improvement plans subject to the approval of DPW.  Include the installation of recommended traffic control devices, pavement markings, and street name signs in the improvement plans in accordance with the County's standards. | Applicant's Engineer to provide written report. | Applicant's Engineer | Prior to Recordat ion of Final Map |

|  | | | |
|---|---|---|---|
| | (Public Works) | | |
| 142. | PWSP0059 – STREET AND ROADS<br><br>Applicant shall cooperate with County Counsel in the preparation of ordinances for traffic control on streets and roads in Butterfly Village. **(Public Works)** | Applicant's Attorney, at applicant's expense, shall provide assistance at the request of County Counsel in the preparation of ordinances. | Applicant's Attorney | Prior to Notice of Completion |
| 143. | PWSP0060 – STREET AND ROADS<br><br>Applicant shall enter into an agreement to fund any short fall in assessments necessary to slurry seal all public streets and pavement areas seven years after final acceptance. The Agreement shall provide for bonding as necessary. Where applicant is required to provide security by the conditions of this Combined Development Permit, applicant shall provide improvement security in the form of a one hundred percent (100%) performance, labor and materials bond or a one hundred percent (100%) letter of credit. **(Public Works)** | Applicant shall provide bonds or letter of credit. Applicant's Attorney in consultation with County Counsel shall prepare agreement. | Applicant/Applicant's Attorney | Prior to Recordation of Final Map |
| 144. | PWSP0061 – STREET AND ROADS<br><br>The improvement plans shall include a streetlight schedule for the road system identifying locations and proposed lighting intensities. Lighting requirements shall meet lighting standards acceptable to the DPW. **(Public Works)** | Applicant's Engineer shall provide streetlight schedule, identify locations and proposed lighting intensities. | Applicant's Engineer | Prior to Recordation of Final Map |

| | | | |
|---|---|---|---|
| 145. | **PWSP0062 – TRANSIT FACILITIES**<br>Applicant shall design transit facilities in accordance with the design guidelines presented in MST's "Designing for Transit" handbook and shall dedicate such facilities to the appropriate entity. Transit facilities shall be included in improvement plans and reviewed and approved by the appropriate entities. **(Public Works)** | Applicant shall design transit facilities and dedicate to the appropriate entity upon completion. | Applicant | Prior to Recordation of Final Map and dedicate upon completion of improvements |
| 146. | **PWSP0063 – UTILITY EASEMENTS**<br>Dedicate all public utility easements for all water system improvements and sanitary sewers, pump stations, wastewater treatment facilities, and disposal facilities to provide for operation, maintenance, replacement, or improvement of the facilities. Each Final Map shall provide that all storm water drainage facilities be located within roadway right-of-way or drainage easements. **(Public Works)** | Applicant's Engineer shall show easements and rights-of-way on Final Map for all water system improvements and sanitary sewers, pump stations, wastewater treatment facilities, and disposal facilities located in easements or fee parcels. | Applicant's Engineer | Prior to Recordation of Each Final Map |
| 147. | **PWSP0064 – WASTEWATER TREATMENT FACILITIES**<br>Complete design, prepare improvement plans and specifications, obtain appropriate permits, and construct a permanent wastewater treatment facility meeting capacity per the Specific Plan and meeting CRWQCB, CDHS, and Building Code requirements for production of recycled water subject to the review and approval of the Directors of Environmental Health, Public Works, and Planning and Building Inspection. The design shall allow for incremental | Applicant shall submit design, prepare improvement plans and specifications, for approval of and shall obtain appropriate permits, provide bonding and construct a phased permanent wastewater treatment facility for Butterfly Village. | Applicant | Prior to Recordation of Final Map |

| | | | |
|---|---|---|---|
| increases in treatment capacity on the treatment plant site as appropriate for the various elements of the Rancho San Juan Specific Plan area. The facilities are not limited to the following, but shall include three-day emergency influent storage, equalization facilities, 120-day lined effluent storage divided between the golf course and the wastewater treatment facility, and appropriate monitoring wells and other improvements as required by the regulatory agencies for the Butterfly Village Project. Recycled water storage ponds on the golf course do not require fencing, but shall be posted per Title 22 requirements.<br><br>Design and construction shall be completed under the supervision of a registered California Professional Engineer in Civil Engineering. Said engineer shall certify the sites and all facilities for seismic stability as well as completion of the work in accordance with the approved improvement plans, specifications, and approved change orders. The following shall be incorporated into the wastewater treatment facilities:<br><br>1. Standby generators<br>2. Standardized and appropriate redundant pumps<br>3. Flow equalization sized for Rancho San Juan Specific Plan area<br>4. 3-Day emergency storage sized for Rancho San Juan Specific Plan area<br>5. 120-Day lined storage of effluent from the HYH development<br>6. Appropriate monitoring systems and alarms | Applicant's Engineer shall certify the sites and all facilities for seismic stability as well as completion of the work in accordance with the approved improvement plans, specifications, and approved change orders. | Applicant's Engineer | On-going |

(Environmental Health, Public Works and Planning and Building Inspection)

| | | | | | |
|---|---|---|---|---|---|
| 148. | PWSP0065 – WASTEWATER TREATMENT FACILITIES<br>Prepare and execute an agreement subject to the approval of the Public Works Director and County Counsel that reimburses the developer for fair share proportionate costs for the design and construction of those elements of the wastewater treatment plant facilities required to accommodate areas outside of Butterfly Village in Rancho San Juan (Public Works) | | Applicant's Attorney in consultation with County Counsel shall prepare agreement. | Applicant's Attorney | Prior to Recordation of Final Map |
| 149. | PWSP0066 – WASTEWATER TREATMENT FACILITIES<br>Develop, execute, and provide an agreement subject to the approval of the Public Works Director and County Counsel with a California Public Utility Commission (CPUC) regulated company that provides for acceptance, operation, and maintenance in perpetuity of the wastewater treatment facilities to include the treatment plant and storage facilities. (Public Works) | | Applicant's Attorney in consultation with County Counsel shall develop, execute, and provide agreement. In addition, Applicant shall provide bonds. | Applicant's Attorney/Applicant | Prior to Recordation of Final Map |

| | | | | |
|---|---|---|---|---|
| 150 | **PWSP0067 – WASTEWATER TREATMENT FACILITIES**<br>Any facility which requires use of the wastewater sewers or treatment plant shall not be occupied until the treatment plant and collection system has been successfully tested hydraulically, certified to have been constructed in accordance with the plan, specifications, and approved change orders, and successfully test operated meeting all requirements. **(Public Works)** | Applicant shall construct wastewater treatment plant in accordance with the plan, specifications, and approved change orders. An independent engineer approved by the County shall certify that the treatment plant and collection system have been completed in accordance with the plan, specifications, and approved change orders, and successfully test operated meeting all requirements. | Applicant | Prior to Occupancy |
| 151. | **PWSP0068 – WASTEWATER TREATMENT FACILITIES**<br>Obtain and provide a CPUC approved fee schedule for wastewater services to include treatment and collection activities. **(Public Works)** | Applicant shall obtain CPUC approved fee schedule. | Applicant | Prior to issuance of building permit |
| 152. | **PWSP0069 – WASTEWATER TREATMENT FACILITIES**<br>The wastewater treatment plant site shall be landscaped and screened from existing sites of public viewing including Highway 101. **(Planning and Building Inspection)** | Applicant shall design, install and maintain landscaping to screen the wastewater treatment plant. The Applicant shall maintain the landscaping in perpetuity. | Applicant | Prior to Occupancy |
| 153. | **PWSP0070 – WASTEWATER COLLECTION SYSTEM**<br>Complete design in phases, prepare improvement plans and specifications, obtain appropriate permits, and construct a wastewater collection system to include manholes, mains, pump stations, and cleanouts within Butterfly Village meeting CRWQCB requirements and subject to the approval of the Directors of Environmental Health and Public Works. The | Applicant's Engineer shall complete design in phases, prepare improvement plans and specifications, obtain appropriate permits, and construct a wastewater collections system to include manholes, mains, pump stations, and cleanouts. In addition, Applicant shall | Applicant's Engineer/Applicant | Prior to Recordation of Final Map |

| | | | | | |
|---|---|---|---|---|---|
| 154. | design shall accommodate the full build out of the Rancho San Juan Specific Plan area. Design and construction shall be completed under the supervision of a registered California Professional Engineer in Civil Engineering. Said Engineer shall certify that all facilities have been completed in accordance with the improvement plans, specifications, and approved change orders. The following shall be incorporated into the wastewater collection system design:<br><br>1.  Standby Generators at all pump stations<br>2.  Standardized and redundant wastewater pumps<br>3.  Enlarged collection facilities to allow for connection of the various elements of the Rancho San Juan Specific Plan to the treatment facilities<br>4.  Appropriate monitoring systems with alarms<br><br>(Environmental Health and Public Works)<br><br>PWSP0071 – WASTEWATER COLLECTION SYSTEM<br>Prepare and execute an agreement subject to the approval of the Public Works Director and County Counsel that reimburses the developer for fair share proportionate costs of enlarged wastewater treatment and conveyance facilities from future development within the Rancho San Juan Specific Plan area. (Public Works) | provide bonds. | Applicant's Attorney in consultation with County Counsel shall prepare and execute an Agreement. | Applicant's Attorney | Prior to Recordation of Final Map |

| # | | | | |
|---|---|---|---|---|
| 155. | PWSP0072 – WASTEWATER COLLECTION SYSTEM Prepare a wastewater collection system management plan meeting CRWQCB requirements subject to the approval by the Directors of Environmental Health and Public Works. (Public Works) | Applicant's Engineer shall prepare a Wastewater Collection System Management Plan. | Applicant's Engineer | Prior to Recordation of Final Map |
| 156. | PWSP0073 – WASTEWATER COLLECTION SYSTEM Develop, execute, and provide an agreement for acceptance, operation, and maintenance of the wastewater collection system by a CPUC regulated company in accordance with the management plan subject to the approval of County Counsel and the Directors of Environmental Health and Public Works. (Public Works) | Applicant's Attorney in consultation with County Counsel shall develop, execute, and provide an agreement for acceptance, operation, and maintenance of the wastewater collection system. | Applicant's Attorney | Prior to Recordation of Final Map |
| 157. | PWSP0074 – WASTEWATER COLLECTION SYSTEM Develop, execute, and provide a franchise agreement with the County of Monterey subject to the approval of the Director of Public Works and County Counsel for all wastewater collections system facilities within the public road right of way. (Public Works) | Applicant's Attorney in consultation with County Counsel shall develop, execute, and provide a franchise agreement. | Applicant's Attorney | Prior to Recordation of Final Map |
| 158. | PWSP0075 – WASTEWATER COLLECTION SYSTEM All pump stations shall be fenced for security purposes, have paved accesses, and be landscaped in accordance with community design. (Public Works) | Applicant's Engineer or Landscape Architect shall design and applicant shall fence pump station, construct paved accesses, and provide landscaping prior to occupancy. | Applicant's Engineer/Applicant's Landscape Architect | Prior to Occupancy |

**Exhibit J (three of three)**

| # | | Condition | Responsible | | Timing |
|---|---|---|---|---|---|
| 159 | | **PWSP0076 – WATER SYSTEM FACILITIES** Complete design, prepare improvement plans and specifications, obtain appropriate permits, and construct permanent water system facilities to include mains, pump stations, and storage facilities meeting CDHS requirements and subject to the approval of the Directors of Environmental Health and Public Works. The design shall accommodate the full build out of the Rancho San Juan Specific Plan area. Design and construction shall be completed under the supervision of a registered California Professional Engineer in Civil Engineering. Said Engineer shall certify that all facilities have been completed in accordance with the improvement plans, specifications, and approved change orders. The following shall be incorporated into the wastewater collection system: <br> 1. Standby Generators <br> 2. Standardized and redundant pumps <br> 3. Enlarged distribution facilities to allow for connection of the various elements of the Rancho San Juan Specific Plan <br> 4. Appropriate monitoring systems with alarms <br> (Public Works and Environmental Health) | Applicant's Engineer shall complete design, prepare improvement plans and specifications, obtain appropriate permits, and construct permanent water system facilities to include mains, pump stations, and storage facilities. In addition, Applicant shall provide bonds. | Applicant's Engineer/Applicant | Prior to Recordation of Final Map |
| 160. | | **PWSP0077 – WATER SYSTEM FACILITIES** Develop, execute, and provide an agreement subject to the approval of the Directors of Environmental Health, Public Works and County Counsel from a CPUC regulated Company that provides for acceptance, operation and maintenance in perpetuity of the water system to include wells, pumps, | Applicant's Attorney in consultation with County Counsel shall develop, execute, and provide an agreement. | Applicant's Attorney | Prior to Recordation of Final Map |

| # | | | | |
|---|---|---|---|---|
| | storage, treatment and distribution facilities. Said agreement shall provide for enforcement of mitigations 5.10-1f and 5.10-1g. (Public Works and Environmental Health) | | | |
| 161. | PWSP0078 – WATER SYSTEM FACILITIES<br>Develop, execute, and provide a franchise agreement with the County of Monterey subject to the approval of the Director of Public Works and County Counsel for all water facilities located within public roads right of way. (Public Works) | Applicant's Attorney in consultation with County Counsel shall develop, execute, and provide a franchise agreement. | Applicant's Attorney | Prior to issuance of Building Permit |
| 162. | PWSP0079 – WATER SYSTEM FACILITIES<br>Obtain and provide a fee schedule for water service approved by the California Public Utility Commission (CPUC). (Public Works) | Applicant shall obtain CPUC approved fee schedule. | Applicant | Prior to Issuance of Building Permit Recordation of Final Map |
| 163. | PWSP0080 – TRAFFIC CALMING DEVICES - ROUNDABOUTS<br>Show roundabouts, traffic circles, or other traffic calming devices including raised curbs and landscaping, on the subdivision improvement plans, subject to the approval of the DPW, and construct the appropriate device at the following intersections:<br>• Blue Copper Drive/Butterfly Boulevard<br>• Butterfly Drive/Spring White Drive (west end) | Applicant's Engineer shall show appropriate traffic calming devices on the subdivision improvement plans. Applicant shall construct the appropriate device as listed in this condition. | Applicant's Engineer/Applicant | Prior to Recordation of Final Map |

| | | | | |
|---|---|---|---|---|
| | • Blue Copper Drive/Purple Wing Drive<br>• Alexander Street/Isabella Drive<br>• Emily Drive/Alternate Northwest Access<br>• Butterfly Boulevard northwesterly of Stirling Road as shown on the VTM<br>• Jasmine Drive/Cameron Drive<br>• Emily Street/Camila Street<br><br>(Public Works) | | | |
| 164. | **NORTH COUNTY FIRE PROTECTION DISTRICT**<br>All projects within the subdivision shall comply with the adopted Uniform Fire Code. (North County Fire Protection District) | Adhere to fire conditions and mitigations set forth in approval. | Applicant | On-going |
| 165. | **NORTH COUNTY FIRE PROTECTION DISTRICT**<br>That the plans for the access roadways and water system, including fire mains and hydrants be submitted to and approved by the North County Fire District prior to construction of combustible materials. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans.<br><br>Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant<br><br>Applicant | Prior to Issuance of a Building Permit or Recordation of Final Map (whichever comes first). |

| | | | | |
|---|---|---|---|---|
| 166. | **NORTH COUNTY FIRE PROTECTION DISTRICT** All roads shall be consistent with the Vesting Tentative Subdivision Map dated June 11, 2004. **(North County Fire Protection District)** | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | Prior to Issuance of a Building Permit or Recordation of Final Map (whichever comes first). |
| 167. | **NORTH COUNTY FIRE PROTECTION DISTRICT** Road Access– Access roads shall be required for every building when any portion of the exterior wall of the first story is located more than 150 feet from fire department access. The designing of buildable lots shall take this recommendation into consideration. **(North County Fire Protection District)** | Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | Prior to Issuance of Building Permit |
| | | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | |
| 168. | **NORTH COUNTY FIRE PROTECTION DISTRICT** Roadway Surface – The roadway surface shall provide unobstructed access to conventional drive vehicles, including sedans and fire engines. Surfaces should be established in conformance with local ordinances, and be capable of supporting the imposed load of fire apparatus. **(North County Fire Protection District)** | Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | Prior to Issuance of a Building Permit or Recordation of Final Map (whichev |
| | | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | |

| | | | | |
|---|---|---|---|---|
| 169. | | NORTH COUNTY FIRE PROTECTION DISTRICT Roadway Radius – No roadway turn shall have a horizontal inside radius of less than 50 feet. A roadway turn radius of 50 to 100 feet is required to have an additional 4 feet of roadway surface. A roadway turn radius of 100 to 200 feet is required to have an additional 2 feet of roadway surface. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | Prior to Issuance of a Building Permit or Recordat ion of Final Map (whichev er comes first). |
| | | | Applicant shall schedule fire dept. clearance inspection for each phase of development | | |
| 170. | | NORTH COUNTY FIRE PROTECTION DISTRICT Roadway Radius - Curves - The length of vertical curves in roadways, exclusive of gutters, ditches, and structures designed to hold or divert water, shall not be less than 100 feet. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | Prior to Issuance of a Building Permit or Recordat ion of Final Map (whichev er comes first) |
| | | | Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | |

| | | | | | |
|---|---|---|---|---|---|
| 171. | | NORTH COUNTY FIRE PROTECTION DISTRICT Gate Entrances – Where gates are to be locked, the Reviewing Authority having jurisdiction may require installation of a key box or other acceptable means to immediate access for emergency equipment. (North County Fire Protection District) | Applicant shall install devices if required by Fire District | | Prior to Issuance of a Building Permit or Recordation of Final Map (whichever comes first). |
| 172. | | NORTH COUNTY FIRE PROTECTION DISTRICT Vertical clearance – Unobstructed vertical clearance shall not be less than 15 feet for all access roads. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | Prior to Issuance of a Building Permit or Recordation of Final Map (whichever comes first). |
| | | | Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | |

| | | | | |
|---|---|---|---|---|
| 173. | NORTH COUNTY FIRE PROTECTION DISTRICT Signs – Size of Numbers – Size of letters, numbers and symbols for street and road signs shall be a minimum of 4 inch letter height, ¾ inch stroke, and shall be a color that clearly contrasts with the background color of the sign. All numerals shall be Arabic. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | Prior to Issuance of a Building Permit or Recordat ion of Final Map (whichev er comes first). |
| 174. | NORTH COUNTY FIRE PROTECTION DISTRICT Signs – Visibility – Street and road signs shall be visible and legible from both directions of vehicle travel for a distance of at least 100 feet. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | Prior to Issuance of a Building Permit or Recordat ion of Final Map (whichev er comes first). |
| 175. | NORTH COUNTY FIRE PROTECTION DISTRICT Signs – Street Names – Newly constructed or approved public and private roads and streets shall be identified in accordance with provision of Monterey County Ordinance No. 1241. All signs shall be mounted and oriented in a uniform manner. | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. Applicant shall schedule fire dept. | Applicant | Prior to recordati on of final map |

| | | | |
|---|---|---|---|
| | (North County Fire Protection District) | clearance inspection for each phase of development | |
| 176. | **NORTH COUNTY FIRE PROTECTION DISTRICT** Signs – Intersecting Roads – Signs identifying intersecting roads, streets and private lanes shall be placed at the intersections of those roads, streets and/or private lanes. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant Applicant | Prior to Issuance of a Building Permit or Recordat ion of Final Map (whichev er comes first). |
| 177. | **NORTH COUNTY FIRE PROTECTION DISTRICT** Signs – Installations – Road, street and private signs required by this article shall be installed prior to final acceptance of road improvements by the County of Monterey. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant Applicant | Prior to recordati on of Final Map |

| | | | | | |
|---|---|---|---|---|---|
| 178. | | NORTH COUNTY FIRE PROTECTION DISTRICT Signs – Multiple addresses – Where multiple addresses are required at a single driveway, they shall be mounted on a single post, or in any fashion approved by the Reviewing Authority that provides for the same practical effect. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | Prior to issuance of Building Permit |
| | | | Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | |
| 179. | | NORTH COUNTY FIRE PROTECTION DISTRICT Signs – Commercial – Where a roadway provides access solely to a single commercial or industrial business, the address sign shall be placed at the nearest road intersection providing access to the site. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | Prior to issuance of Building Permit |
| | | | Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | |
| 180. | | NORTH COUNTY FIRE PROTECTION DISTRICT Hydrant Location – Hydrant locations shall be submitted to and approved by the North County Fire District. The height of the fire hydrant valve shall be 18 inches above grade, 8 feet from flammable vegetation, no further than 2 feet from a roadway, and in a location where fire apparatus using it will not block the roadway. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | Prior to issuance of Building Permit |
| | | | Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | Prior to recordati on of Final Map |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 181. | | NORTH COUNTY FIRE PROTECTION DISTRICT<br>Hydrant Construction - Minimum hydrant standards shall include:<br><br>• A brass head and valve with one 2 ½" and one 4 ½" National hose outlet (James Jones model 3740 or equal) for single-family residential areas.<br><br>• For multi-residential/commercial a hydrant with two 2 ½" and 1 – 4 ½" National hose outlet (James Jones model 3760 or equal).<br><br>Spacing in residential and commercial areas to conform to current adopted Uniform Fire Code and/or as required by the Fire District. **(North County Fire Protection District)** | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans.<br><br>Applicant shall schedule fire dept. clearance inspection for each phase of development. | | Applicant | Prior to issuance of Building Permit<br><br>Prior to recordation of Final Map |
| 182. | | NORTH COUNTY FIRE PROTECTION DISTRICT<br>Hydrant markings – A reflectorized blue marker with a minimum dimension of 3" shall be mounted on the street, marking its location. It shall be permanently affixed 6" on the hydrant side of the center of the roadway. **(North County Fire Protection District)** | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans.<br><br>Applicant shall schedule fire dept. clearance inspection for each phase of development | | Applicant<br><br>Applicant | Prior to issuance of Building Permit<br><br>Prior to recordation of Final Map |

| | | | | |
|---|---|---|---|---|
| 183. | **NORTH COUNTY FIRE PROTECTION DISTRICT** Harrison Road F/D Access – A roadway connecting Harrison Rd. to Purple Wing Circle shall provide access to any and all areas under construction, and shall be in place prior to any combustibles being placed on site. In the event that the applicant notifies the County that it is unable to timely secure at fair market value, the County shall, after verifying the landowners' rejection of applicant's bonafide offer to purchase the required property interests at a price established by a County approved appraiser for condemnation appraisals, shall acquire the land or right-of-way through negotiation or eminent domain. Applicant shall fund the cost of the County's acquisition and related court proceedings. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans.<br><br>Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant<br><br>Applicant | Prior to issuance of Building Permit<br><br>Prior to recordati on of Final Map |
| 184. | **NORTH COUNTY FIRE PROTECTION DISTRICT** Emergency Access - The applicant shall provide adequate vehicle access as required by the Fire District that provides for evacuation egress to approved standards as required by the Fire District. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans.<br><br>Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant<br><br>Applicant | Prior to issuance of Building Permit |

| | | | | |
|---|---|---|---|---|
| 185. | **NORTH COUNTY FIRE PROTECTION DISTRICT**<br>All Lots shall be designed, at a minimum, to comply with the following criteria:<br><br>• Roadway Radius – Driveways – For residential driveways with turns 90 degrees or less, the minimum horizontal inside turning radius of curvature shall be 25 feet. For driveways with turns of greater than 90 degrees, the minimum horizontal inside radius of curvature shall be 28 feet. For all driveway turns, an additional surface of 4 feet shall be added.<br><br>• Driveways – Driveways shall not be less than 12 feet wide unobstructed. **(North County Fire Protection District)** | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Note" on plans. | Applicant | Prior to Issuance of Building Permit |
| 186 | **NORTH COUNTY FIRE PROTECTION DISTRICT**<br>• Signs Prior to Final – Road, street, and private signs required by this article shall be installed prior to final acceptance of road improvements by the Reviewing Fire Authority. **(North County Fire Protection District)**<br><br>Signs – Alt. Address – Before construction begins, temporary or permanent address numbers shall be posted. Permanent address numbers shall be posted prior to requesting final clearance. All address numbers (permanent and temporary) shall be posted on the property so as to be clearly visible from the road. Where visibility cannot be provided, a post or sign | Applicant shall schedule fire dept. clearance inspection for each phase of development | Applicant | Prior to recordation of Final Map<br><br>Prior to Issuance of a Building Permit |

|  | | | | |
|---|---|---|---|---|
| | bearing the address numbers shall be set adjacent of the driveway or access road to the property. Address number posted shall be Arabic, not Roman or written out in words. Address numbers posted shall be a minimum number height or 3 inches with a 3/8-inch stroke, and contrasting with the background colors of the sign. (North County Fire Protection District) | | | |
| 187. | NORTH COUNTY FIRE PROTECTION DISTRICT The developer shall be assessed and pay those mitigation fees in effect at the time of issuance of building permits in accordance with Chapter 10.80 of County Code. (North County Fire Protection District) | Applicant to reach agreement with Fire District | Applicant | Prior to Issuance of Building Permit |
| 188. | NORTH COUNTY FIRE PROTECTION DISTRICT #188.a " The developer will irrevocably offer to dedicate to the North County Fire Protection district fee title to that certain land specific in Area 16G of the Butterfly Village Vesting Tentative Map for "Fire Station", to be used for fire facilities serving Butterfly Village and Rancho San Juan. The site shall be free and clear of any deed restrictions precluding its use for a fire station to serve the North County Fire Protection District, and shall also be clear of any encumbrances securing monetary liens other than such encumbrances as may be imposed by governmental entities in whose jurisdiction the property is situated. | Applicant shall provide proof of the offer of dedication | | Prior to Recordation of Final Map |
| | #188.b " Imposition of Condition Numbers 187 and 188, and | | | |

| | | | | |
|---|---|---|---|---|
| | Owner's compliance with such conditions, are expressly conditioned on no special tax, assessment, or other fee for fire department purposes other than those identified in Condition #187) being established or collected as revenue by any mechanism, including but not limited, to collection from any community service district encompassing Owner's lands except on a uniform and District-wide basis. . (North County Fire Protection District) | | | |
| 189. | NORTH COUNTY FIRE PROTECTION DISTRICT Install "Opticom" type emergency vehicle traffic signal preemption devices on all new traffic signals being installed. (North County Fire Protection District) | Applicant shall incorporate specification into design and enumerate as "Fire Dept. Notes" on plans. | Applicant | Prior to issuance of Building Permit |
| 190. | WR0056 HOMEOWNERS ASSOCIATION CC&R'S (WR) A homeowner's association, Community Services District (CSD) or comparable entity shall be formed for the maintenance of roads, drainage facilities, and open spaces. The Director of Public Works, the Director of Planning and Building Inspection, and the County Water Resources Agency, prior to filing of final map, shall approve documents for formation of association. The covenants, conditions and restrictions shall include provisions for an annual report by a registered civil engineer and the monitoring of impacts of drainage and maintenance of drainage facilities. Report shall be approved by the County Water Resources Agency. (Water Resources Agency) | Submit the CC&R's to the Water Resources Agency for review and approval. Applicant's Engineer shall submit an annual report. | Applicant Applicant's Engineer | Prior to Filing of Final Map Annual |

| | | | | |
|---|---|---|---|---|
| 191. | WR0037 DRAINAGE & FLOOD CONTROL SYSTEMS AGREEMENT (WR)<br><br>If the homeowners' association, Community Services District (CSD) or comparable entity after notice and hearing fails to properly maintain, repair or operate the drainage and flood control facilities in the project, Monterey County Water Resources Agency shall be granted the right by the property owners to enter any and all portions of the property to perform repairs, maintenance or improvements necessary to properly operate the drainage and flood control facilities in the project. The County Water Resources Agency shall have the right to collect the cost for said repairs, maintenance or improvements from the property owners upon their property tax bills. A hearing shall be provided by the Board of Supervisors as to the appropriateness of the cost. Prior to filing the final map, a copy of a signed and notarized *Drainage and Flood Control Systems Agreement* shall be provided to the Water Resources Agency for approval. The agreement shall be recorded concurrently with the final map. (Water Resources Agency) | Submit the signed and notarized original Agreement to the Water Resources Agency for review and approval prior to recordation.<br><br>(A copy of the County's standard agreement can be obtained at the Water Resources Agency). | Applicant | Prior to Recordation of Final Map |
| 192. | WR0041 NOTICE OF WATER CONSERVATION REQUIREMENTS (WR)<br>NOTE ON FINAL MAP: A notice shall be recorded on the deed for each lot excluding the golf course parcel stating: "All new construction shall incorporate the use of low water use plumbing fixtures and drought tolerant landscaping, in accordance with County Water Resources Agency Ordinance No. 3932." Prior to recordation of the final map, a copy the completed notice shall be provided to the Water Resources | Submit a recorded notice to the Water Resources Agency for review and approval.<br><br>(A copy of the County's standard notice can be obtained at the Water Resources Agency.) | Applicant | Concurrent with Recordation of Final Map |