# Exhibit J (part 5)

| # | | | | | |
|---|---|---|---|---|---|
| | Agency for approval. Recordation of the notice shall occur concurrently with the final map. (Water Resources Agency) | Submit a recorded notice to the Water Resources Agency for review and approval. | | Applicant | Prior to Recordation of Final Map |
| 193. | WR0042 LANDSCAPING REQUIREMENTS (WR) NOTE ON FINAL MAP: A notice shall be recorded on the deed for each lot stating: "The front yards of all homes shall be landscaped at the time of construction. Low water use or drought tolerant plants shall be used together with water efficient irrigation systems." Prior to recordation of the final map, a copy of the completed notice shall be provided to the Water Resources Agency for approval. Recordation of the notice shall occur concurrently with the final map. (Water Resources Agency) | (A copy of the County's standard notice can be obtained at the Water Resources Agency.) Applicant to record notice. | | Applicant | Concurrent with Recordation of Final Map |
| 194. | WR0044 WATER USE INFORMATION (WR) Prior to recordation of the final map, the applicant shall provide the Water Resources Agency a copy of the Water Use & Nitrate Impact Questionnaire describing the pre-development and post-development water use on the property. (Water Resources Agency) | Submit the WUNIQ to the Water Resources Agency for review and approval | | Applicant | Prior to Recordation of Final Map |

| | | | | |
|---|---|---|---|---|
| 195. | WR0046 C.C.&R. WATER CONSERVATION PROVISIONS (WR) Prior to recordation of the final map, the applicant shall provide the Water Resources Agency with a copy of the subdivision Covenants, Conditions and Restrictions containing the following provisions from Monterey County Ordinance No. 3932: "All new construction incorporate the use of low water use plumbing fixtures including, where applicable, hot water recirculation systems; the front yards of all homes shall be landscaped at the time of construction; low water use or drought tolerant plants shall be used together with water efficient irrigation systems; leak repair is the property owner's responsibility; vehicle and building washing shall use hoses equipped with shutoff nozzles; no potable water to be used for sidewalk washing; no water spillage into streets, curbs, and gutters; no emptying or refilling of swimming pools except for structural repairs or if required for public health regulations; no fountains unless water is recycled within the fountain." (Water Resources Agency) | Submit the CC&Rs' to the Water Resources Agency for review and approval. | Applicant | Prior to Recordat ion of Final Map |
| 196. | WR0047 WASTE MANAGEMENT PLAN (WR) Prior to issuance of any grading or building permits, the applicant shall provide the Water Resources Agency a Construction Site Waste Management Plan prepared by a registered civil engineer that addresses the proper disposal of building materials and other construction site wastes including, but not limited to, discarded building materials, concrete truck washout, chemicals, litter and sanitary wastes. The Site Waste Management Plan must also address spill | Submit the plan to the Water Resources Agency for review and approval. | Applicant | Prior to Issuance of Grading Permit |

| | | | | |
|---|---|---|---|---|
| | prevention, control and clean up of materials such as petroleum products, fertilizers, solvents, pesticides, paints and cleaners. (Water Resources Agency) | | | |
| 197. | **STORMWATER DETENTION**<br>The applicant shall provide the Water Resources Agency a drainage plan prepared by a registered civil engineer addressing on-site and off-site impacts with supporting calculations and construction details. The plan shall include detention facilities adequate to store the difference between the 100-year post-development runoff and the 10-year pre-development runoff, while limiting discharge to the 10-year pre-development rate. Pond(s), except for those on the golf course, shall be fenced for public safety. Drainage improvements shall be constructed in accordance with plans approved by the Water Resources Agency and Public Works Department. Reference Permit Conditions No.'s 57 (Mitigation 5.9-1) and 100 (PWSP0016). (Water Resources Agency) | Submit 3 copies of the drainage plan to the Water Resources Agency for review and approval. | Applicant | Prior to filing of the final map |
| 198. | **DRAINAGE NOTE**<br>A note shall be recorded on the final map stating: "Any future development on these parcels will require a drainage plan to be prepared by a registered civil engineer or architect addressing on-site and off-site impacts. The plan shall be submitted to the Water Resources Agency for approval." The applicant shall provide the Water Resources Agency a copy of the map to be recorded. (Water Resources Agency) | Submit a copy of the final map to be recorded, with appropriate note, to the Water Resources Agency for review and approval. | Applicant | Prior to filing the final map |

WRA

| | | | | | |
|---|---|---|---|---|---|
| 199. | COMPLETION CERTIFICATION<br>The applicant shall provide the Water Resources Agency certification from a registered civil engineer or licensed contractor that stormwater detention facilities have been constructed in accordance with approved plans. (Water Resources Agency) | Submit a letter to the Water Resources Agency, prepared by a registered civil engineer or licensed contractor, certifying compliance with approved drainage plan. | Applicant | Prior to issuance of any building permits | WRA |
| 200. | WELL INFORMATION<br>The applicant shall provide the Water Resources Agency information on the well to serve the project including a map showing the well location and any available well logs/e-logs. (Water Resources Agency) | Submit all applicable well information to the Water Resources Agency for review and approval. | Applicant | Prior to commencement of use | WRA |
| 201. | INCLUSIONARY CONDITION<br>The project shall provide a minimum of 18.6% of the total number of residential units as inclusionary housing units to be located on the project site. Of the required 18.6%, a minimum of 5.6% shall be in the very low-income category, 5.6% in the low-income category, and 7.4% in the moderate-income category. Prior to the recordation of the final subdivision map that will cover the entire development the developers and property owners shall execute a Master Developer Inclusionary Housing Agreement or Development Agreement with the County that will provide the specific requirements for the project's Inclusionary Housing component, in substantial compliance with Ordinance #04185 and the adopted Inclusionary Housing Administrative Manual. As set forth in the Inclusionary Housing Administrative Manual (Section II, Marketing and Selection Procedures, subsection 2B), priority shall be given to households with members who are either:<br>•  Residents of the County of Monterey for a period of | Applicant shall execute a Master Developer Inclusionary Housing Agreement or Development Agreement with the County that will provide the specific requirements for the project's Inclusionary Housing component, in substantial compliance with Ordinance #04185 and the adopted Inclusionary Housing Administrative Manual. | Applicant | Prior to recordation of final map | WRA |

|  |  |  |  |
|---|---|---|---|
| at least one year prior to application and/or;<br>• Include persons who have worked within the County of Monterey for at least 6 months prior to application."<br><br>(Housing and Redevelopment) |  |  |  |
| **202.** **WORKFORCE HOUSING CONDITION**<br>The project shall provide a minimum of 10.7% of the total number of residential units within the project as workforce housing affordable to households at a maximum income level of 180% of the County median income in effect at the time of the occupancy of the workforce level units. Prior to the recordation of the final subdivision map that will cover the entire development the developers and property owners shall execute a Master Developer Work Force Housing Agreement or a development agreement with the County that sets forth the specific requirements for the project's workforce housing component including, but not limited to, subsequent regulatory agreements, the number of units to be provided, the affordability levels, the type and location of units, the marketing and selection of buyers and renters and the monitoring of the units and occupants by the County. As set forth in the Inclusionary Administrative Manual (Section II. Marketing and Selection Procedures, subsection 2B), priority shall be given to households with members who are either:<br>• Residents of the County of Monterey for a period of at least one year prior to application and/or;<br>• Include persons who have worked within the County of Monterey for at least 6 months prior to | Applicant shall execute a Master Developer Work Force Housing Agreement or a development agreement with the County that sets forth the specific requirements for the project's workforce housing component. | Applicant | Prior to recordation of final map |

| | application." (Housing and Redevelopment) | | | | | |
|---|---|---|---|---|---|---|
| 203. | | **FIRE FLOW STANDARDS** Design the water system improvements to meet fire flow standards as required and approved by the local fire protection agency. **(Environmental Health)** | Submit evidence to the Division of Environmental Health that the proposed water system improvements have been approved by the local fire protection agency. | Applicant | Prior to recordation of final map | EH |
| 204. | | **INSTALL/BOND WATER SYSTEM IMPROVEMENTS** The developer shall install the water system improvements to and within the subdivision and any appurtenances needed or shall enter into a Subdivision Improvement Agreement with the County to install the water system improvements and provide security guaranteeing the performance of the Agreement. **(Environmental Health)** | Submit evidence to the Division of Environmental Health that the water system improvement installation has been accepted by the regulating agency or that the developer has entered into a Subdivision Improvement Agreement and has provided security acceptable to the County. | CA Licensed Engineer /Applicant | Prior to filing final map | EH |
| 205. | | **WATER SERVICE CAN/WILL SERVE** Provide to the Division of Environmental Health written certification, and any necessary certification from State agencies that a PUC-regulated utility can and will supply sufficient water flow and pressure to comply with both Health and fire flow standards. **(Environmental Health)** | Submit written certification to the Division of Environmental Health for review and approval. | Applicant | Prior to filing a final map and/or issuance of a building permit | EH |

| No. | | | | | |
|---|---|---|---|---|---|
| 206. | **ABANDONED WELLS** Destroy the existing abandoned well(s) according to the standards found in State of California Bulletin 74 and all its supplements, and Chapter 15.08 of the Monterey County Code. The well shall not be considered abandoned if satisfactory evidence is provided that the well is functional, is used on a regular basis, and does not act as a conduit for contamination of groundwater. (Environmental Health) | Prior to destruction, a permit for the destruction of the well(s) shall be obtained by a licensed well contractor from the Division of Environmental Health. After destruction submit the Well Completion Report to the Division of Environmental Health | CA Licensed Well Contractor/ Applicant | Prior to filing a final map and/or issuance of a building permit | EH |
| 207. | **RECYCLED WATER** Wastewater applied for landscape irrigation shall meet or exceed the requirements of Title 22, Division 4, Chapter 3 of the California Code of Regulations or subsequently amended rules and regulations of the Department of Health Services. Specifically, water used for irrigation shall meet the standards of Section 60304 (Use of Recycled Water for Irrigation) & 60310 (Use Area Requirements) of the California Code of Regulations. (Environmental Health) | Submit plans to the California Department of Health Services (CDHS) for review and approval. | CA Licensed Engineer /Applicant | Prior to filing a final map and/or issuance of building permits. | EH |
| 208. | **SEWER SERVICE CAN/WILL SERVE** Provide certification to the Division of Environmental Health that a PUC regulated utility can and will provide sewer service for the proposed property/project. (Environmental Health) | Submit certification to Environmental Health for review and approval. | Applicant | Prior to issuance of a building permit. | EH |
| 209. | **INSTALL/BOND SEWER SYSTEM IMPROVEMENTS** The developer shall install the sewer system improvements to and within the subdivision and any appurtenances needed or shall enter into a Subdivision Improvement Agreement with the County to install the sewer system improvements and provide security guaranteeing the performance of the Agreement. (Environmental Health) | Submit evidence to the Division of Environmental Health that the sewer system improvement installation has been accepted by the regulating agency or that the developer has entered into a Subdivision Improvement Agreement and has provided security acceptable to | CA Licensed Engineer /Applicant | Prior to filing the final parcel map. | EH |

| | | | | | |
|---|---|---|---|---|---|
| | | the County. | | | |
| 210. | | **HAZ MAT BUSINESS RESPONSE PLAN**<br>Comply with Title 19 of the California Code of Regulations and Chapter 6.95 of the California Health and Safety Code (Hazardous Material Registration and Business Response Plans) as approved by the Director of Environmental Health. (Environmental Health) | Contact the Hazardous Materials Program of the Division of Environmental Health. | Owner/<br>Applicant | Prior to<br>Final<br>Occupan<br>cy/Conti<br>nuous | EH |
| 211. | | **HAZARDOUS WASTE CONTROL**<br>Comply with Title 22, Division 4.5 of the California Code of Regulations and Chapter 6.50 of the California Health and Safety Code (Hazardous Waste Control) as approved by the Director of Environmental Health. (Environmental Health) | Contact the Hazardous Materials Program of the Division of Environmental Health. | Owner/<br>Applicant | Prior to<br>Final<br>Occupan<br>cy/Conti<br>nuous | EH |
| 212. | | **CUPFFL**<br>All improvements shall comply with the California Uniform Food Facilities Law as approved by the Director of Environmental Health. (Environmental Health) | Submit plans and necessary review fees to the Division of Environmental Health for review and approval. | Applicant | Prior to<br>issuance<br>of<br>building<br>permits. | EH |
| 213. | | **POOLS/SPAS**<br>Plans for public pools/spas shall be approved by the Division of Environmental Health. (Environmental Health) | Submit plans and necessary review fees to the Division of Environmental Health for review and approval. | Applicant | Prior to<br>issuance<br>of<br>building<br>permits. | |

| | | | | |
|---|---|---|---|---|
| 214. | **WELL LOTS**<br>Submit a tentative map indicating the proposed well lots, water distribution, and access easements for the water system to the Director of Environmental Health for review and approval. Once approved, well lots and easements shall appear as part of the final map. (Environmental Health) | Submit plans to the Division of Environmental Health for review and approval. | CA Licensed Engineer/Applicant | Prior to filing the final parcel map. | EH |
| 215. | **WDRS FOR WWTP**<br>Obtain a Waste Discharge Permit from the Regional Water Quality Control Board for a wastewater treatment plant and disposal system. The permit shall be obtained prior to irrigation of the golf course with wastewater and prior to the issuance of any Health Department permits for the sewage treatment facility. (Environmental Health) | Submit verification from the Regional Water Quality Control Board that waste discharge requirements will be issued. | Applicant | Prior to the issuance of any Health Department permits. | EH |
| 216. | **WWTP OPERATORS**<br>The operator of the collection, treatment and disposal systems shall be licensed by the State of California and be qualified to supervise all regular operation, maintenance, testing, and reporting to appropriate Health and Water Quality Control Agencies, including the Director of Environmental Health. (Environmental Health) | Submit copies of current licenses to the Division of Environmental Health for review and approval. | Operator of wastewater treatment facility | Prior to the issuance of any Health Department permits. | EH |
| 217. | **CONTAINMENT OF WASTEWATER**<br>Wastewater shall not be permitted to flow, drain or seep into any natural waterway, pond or lake and shall be retain within the designated disposal area(s) at all times. (Environmental Health) | Comply with Title 22 regulations for the application of recycled water and comply with Waste Discharge Requirements issued by the California Regional Water Quality Control Board. | Operator of wastewater treatment facility | On-going | EH |

| | | | |
|---|---|---|---|
| 218. | **POND BERM MAINTENANCE.** A continuous program of rodent control, and inspection and maintenance of pond berms, shall be implemented. (Environmental Health) | Comply with Title 22 regulations for the application of recycled water and comply with Waste Discharge Requirements issued by the California Regional Water Quality Control Board. | Operator of wastewater treatment facility | On-going | EH |
| 219. | **POSTING SIGNS** All recycled water storage ponds and disposal areas shall be posted at frequent intervals around the periphery to indicate that they contain treated wastewater and should not be entered. (Environmental Health) | Comply with Title 22 regulations for the application of recycled water and comply with Waste Discharge Requirements issued by the California Regional Water Quality Control Board. | Operator of wastewater treatment facility | On-going | EH |
| 220. | **BACKFLOW PREVENTION** The water supply for makeup landscaping or irrigation water required above and beyond the available quantity of treated wastewater shall incorporate back-flow prevention as required by Title 17 of the California Code of Regulations or as otherwise required by the Director of Environmental Health. (Environmental Health) | Comply with the California Code of Regulations, Title 17, and install backflow prevention devices to prevent cross-connections between potable water and recycled water systems. | Operator of wastewater treatment facility | On-going | |
| 221. | **MOSQUITO CONTROL.** Appropriate mosquito control measures for the reservoir shall be implemented in accordance with standard practices of mosquito abatement and control for open reservoirs. (Environmental Health) | Submit mosquito control plan to the Division of Environmental Health for review and approval. | Operator of wastewater treatment facility | On-going | EH |
| 222. | **SLUDGE REMOVAL** Sludge shall be removed off-site to a suitable location approved by the Director of Environmental Health. (Environmental Health) | Submit plan for sludge removal to the Division of Environmental Health for review and approval. | Operator of wastewater treatment facility | On-going | EH |

| # | Condition | Action | Responsible | Timing | Agency |
|---|---|---|---|---|---|
| 223. | **NITRATE ORDINANCE** The wastewater treatment facility shall meet the nitrogen discharge limitations found in Monterey County Code Chapter 15.23 (Nitrate Discharge Ordinance). (Environmental Health) | Submit application and necessary fees to the Division of Environmental Health for review and approval. Once approved obtain and maintain a valid permit to operate a discharge facility as required per Chapter 15.23 of the Monterey County Code. | Operator of the wastewater treatment facility | Prior to the issuance of building permits/ On-going | EH |
| 224. | **SCORE CARDS** Golf Course score cards shall include a printed notice to course patrons that reclaimed wastewater is being used. The language shall be subject to the review and approval of the Director of Environmental Health. (Environmental Health) | Submit copies of score cards to the Division of Environmental Health for review and approval. | Applicant | Prior to Occupancy | EH |
| 225. | **LAFCO/PUC ANNEXATION** Provide evidence from the C.P.U.C. and LAFCO that the property or appropriate portions thereof, has been annexed into a PUC regulated utility water and sewer service areas. (Environmental Health) | Submit certification to Environmental Health for review and approval. | Applicant | Prior to recordation of final parcel map | EH |
| 226. | **PARKS** The Applicant shall comply with Recreation Requirements contained in Section 19.12.010 (B) – Requirements, County Subdivision Ordinance, Title 19, Monterey County Code, by providing dedicated land for park and recreation purposes reasonably serving all age groups residing within the subdivision as specified in the Specific Plan. (Parks) | Applicant shall provide proof of dedication. | Applicant | Prior to recordation of final parcel map | Parks |

| 227. | **PARKS**<br>The Applicant shall comply with Section 19.12.010 (D) – Standards and Formula for Dedication of Land – by providing the County Parks Department with a conceptual site plan for each park site, including a detailed description of the specific recreational uses to be provided at each park consistent with the Specific Plan, based on the anticipated residential demographics of the proposed development. The Applicant shall also provide a written explanation of how the types and distribution of recreational uses and facilities meets the needs of the future residents and how it meets the Subdivision Code requirements for a wide variety of park and recreation uses. The park plan shall include one park site that is not less than 2.5 acres in size and which can accommodate a regulation soccer field and parking. **(Parks)** | | | Applicant | Prior to recordation of final parcel map | Parks |
| 228 | **SHERIFF**<br>Prior to occupancy, the applicant shall comply with the Monterey County Public Safety and Security Guidelines to the satisfaction of the Monterey County Sheriff's Department. Each of the 733 single-family units shall meet the required conditions regarding security measures, addressing, doors, windows, lighting, rooftops and openings, landscaping and any miscellaneous requirements consistent with the Specific Plan and the Combined Development Permit. (Sheriff-Marshal-Coroner Public Administrator Department) | Applicant shall incorporate specifications into design. | | Applicant | Prior to occupancy | |
| **USE PERMIT CONDITIONS FOR GOLF COURSE** | | | | | | |

| No. | Section | Mitigation Measure | Action | Responsibility | Timing |
|---|---|---|---|---|---|
| 229. | 5.6.1.e | **NOISE** Golf course maintenance operations shall prohibit greens mowing within 125 feet of any residence and fairway mowing within 200 feet of any residence between the hours of 10:00 p.m. and 6:30 a.m. in accordance with Table 5.6-1 of the EIR (Planning and Building Inspection) | Applicant shall incorporate requirements into golf course maintenance operations. | Applicant and Golf Course Operator | On-going |
| 230. | | **PLANNING AND BUILDING INSPECTION** Prior to issuance of a grading permit for the golf course, the applicant shall prepare a Golf Course Management Plan. The Management Plan shall include, but not be limited to, the following elements:<br>• The use of a state-of-the-art irrigation system that can (1) calculate the evaporative loss which occurs since the last irrigation cycle; (2) tell each sprinkler head how much to apply to replace the lost water; (3) apply water at a rate that will prevent runoff; (4) regulates pressure at each head to get maximum uniformity of water distribution and; (5) allow the field staff to make site adjustments to compensate for shade, slope, sun exposure, etc.<br>• The reintroduction of drainage discharge water to the atmosphere to biodegrade nutrients and pesticides prior to the water entering drainage discharge channels.<br>• The engagement of an experienced, Certified Golf Course Superintendent capable of effectively managing the golf course using the principles of Integrated Pest Management.<br>• The use of a computer controlled boom sprayer to | Applicant shall submit three copies of plan to Planning and Building Inspection for review and approval. | Applicant | Prior to issuance of grading permit |

DEV0301 and PLN020470

- apply all approved nutrient sprays and biocides to the golf course.
- The adherence to Federal, State and County Laws concerning the selection, storage, loading, use and disposal of regulated biocides.
- The construction of a state-of-the-art maintenance facility for storage of pesticides and herbicides.
- Pests would be controlled, not eradicated, using a variety of cultural, biological, and mechanical practices. Pesticide applications would be made only when there is no alternative measure of control.
- Applications would not be made in winds in excess of five miles per hour unless a spray shroud is used.
- Notification of the application of a pesticide would be made in accordance with California State Posting Laws.
- Green waste shall be composted and reused or transported to an appropriate landfill disposal site.
- The drainage system within the golf course shall be designed to pick up low flow runoff and direct it into golf course water features to allow natural filtration of water pollutants to occur. Where water features are not proposed, low flow runoff would be directed to biofiltration areas.
- The use of a Certified Pesticide Applicator to apply the recommended biocide to the target pest.

(Planning and Building Inspection)

| # | | Condition | Action | Responsible | Timing |
|---|---|---|---|---|---|
| 231. | | All exterior lighting for the golf course, including but not limited to the clubhouse and driving range, shall be unobtrusive, harmonious with the local area, and constructed or located so that only the intended area is illuminated and off-site glare is fully controlled. The applicant shall submit three copies of an exterior lighting plan which shall indicate the location, type, and wattage of all light fixtures and include catalog sheets for each fixture. The exterior lighting plan shall be subject to the approval of the Director of Planning and Building Inspection prior to issuance of building permits. **(Planning and Building Inspection)** | Submit three copies of the lighting plans to Planning and Building Inspection for review and approval. | Applicant | Prior to issuance of building permit |
| 232. | | The applicant shall submit a parking layout and circulation plan for the Golf Club (Lot 2A) for review and approval by the Director of Public Works and Director of Planning and Building Inspection Department. The parking requirements shall meet the standards of Title 21. The applicant shall obtain approval of the parking and layout plan prior to the issuance of a building permit for the golf club. **(Planning and Building Inspection)** | Applicant's engineer shall prepare parking layout and circulation plan. | Applicant's Engineer | Prior to issuance of building permit |
| 233. | | The parking and circulation area at the Golf Club (Lot 2A) shall be maintained in a mud-free and dust-free condition. **(Planning and Building Inspection)** | Applicant shall incorporate this requirement into maintenance operations. | Applicant | On-going |
| 234. | | The applicant shall submit a landscaping plan for the Golf Club (Lot 2A) for review and approval by the Director of Planning and Building Inspection. The landscaping plan shall be in sufficient detail to identify the location, species and sizes of the proposed landscaping materials. The applicant shall obtain approval of the landscaping plan prior to the issuance of a building permit for the Golf Club. Landscaping | Landscape architect shall prepare plan. Submit three copies of plan to Planning and Building Inspection for review and approval. | Applicant | Prior to issuance of building permit |

| | | | |
|---|---|---|---|
| shall be installed prior to occupancy of the Golf Club. (Planning and Building Inspection) | | | |
| 235. All landscaped areas shall be continuously maintained by the applicant and all plant material shall be continuously maintained in a litter-free, weed-free, healthy, growing condition. (Planning and Building Inspection) | Applicant shall incorporate this requirement into maintenance operations. | Applicant | On-going |
| 236. Mandatory garbage collection shall be required and the project shall comply with the Monterey County Solid Waste Management Plan including recycling efforts. (Environmental Health) | Applicant shall incorporate this requirement into maintenance operations. | Applicant | On-going |
| *USE PERMIT FOR WASTEWATER TREATMENT FACILITY* | | | |
| 237. Prior to issuance of building permits for the wastewater treatment facility, a detailed noise study shall be completed by a qualified acoustical consultant to document that noise attenuation has been included in the facility to assure that noise levels at surrounding sensitive receptors will not exceed noise levels identified in Table 5.6-1 in the EIR. In addition, a qualified consultant shall prepare an odor control study. (Planning and Building Inspection) | Qualified acoustical consultant shall prepare a noise study. In addition, a qualified consultant shall prepare an odor control study. | Applicant | Prior to issuance of building permit |

| | | | | | |
|---|---|---|---|---|---|
| 238. | 5.12.1-3 | **PUBLIC UTILITIES AND SERVICES**<br>Prior to issuance of building permits for the wastewater treatment facility, a mosquito abatement plan shall be submitted to Monterey County Health Department and to the Monterey County Mosquito Abatement District for review and approval to reduce potential impacts from proposed reclaimed water impounds. (Planning and Building Inspection and Public Works) | Applicant shall submit three copies of mosquito abatement plan to Environmental Health. | Applicant | Prior to issuance of building permits |
| 239. | | **PUBLIC UTILITIES AND SERVICES**<br>All exterior lighting for the wastewater treatment facility shall be unobtrusive, harmonious with the local area, and constructed or located so that only the intended area is illuminated and off-site glare is fully controlled. The applicant shall submit three copies of an exterior lighting plan which shall indicate the location, type, and wattage of all light fixtures and include catalog sheets for each fixture. The exterior lighting plan shall be subject to the approval of the Director of Planning and Building Inspection prior to issuance of building permits. (Planning and Building Inspection) | The applicant shall submit three copies of an exterior lighting plan which shall indicate the location, type, and wattage of all light fixtures and include catalog sheets for each fixture. The exterior lighting plan shall be subject to approval by the Director of Planning and Building Inspection. | Applicant | Prior to issuance of building permit |
| 240. | | **PUBLIC UTILITIES AND SERVICES**<br>All landscaped areas shall be continuously maintained by the applicant and all plant material shall be continuously maintained in a litter-free, weed-free, healthy, growing condition. (Planning and Building Inspection and Public Works) | Applicant shall incorporate this requirement into maintenance operations. | Applicant | On-going |
| **USE PERMIT CONDITIONS FOR TREE REMOVALS** | | | | | |
| 241. | | **TREE AND ROOT PROTECTION**<br>Trees which are located close to the construction site(s) shall be protected from inadvertent damage from construction | Submit evidence of tree protection to Planning and Building Inspection | Applicant | Prior to issuance of |

| # | ID | Measure | | | |
|---|----|---------|---|---|---|
| | | equipment by fencing off the canopy driplines and/or critical root zones (whichever is greater) with protective materials, wrapping trunks with protective materials, avoiding fill of any type against the base of the trunks and avoiding an increase in soil depth at the feeding zone or drip-line of the retained trees. Said protection shall be demonstrated prior to issuance of building permits subject to the approval of the Director of Planning and Building Inspection. Reference Permit Condition No. 4. (Planning and Building Inspection) | | | grading and/or building permits |
| 242. | | **RECLAIMED WATER – HYDROGEOLOGIC STUDY** Prepare a hydrogeologic study for the Butterfly Village area to characterize the underlying groundwater basin and evaluate the overall projected impacts of the use of reclaimed water on the drinking water supply at the recharge levels projected for the development. The developer shall consult with the California Regional Water Quality Control Board (CRWQCB) and the California Department of Health Services (CDHS) to determine if a permit is required for a planned Groundwater Recharge Reuse Project (GRRP). Obtain and meet all permitting requirements for a GRRP if required by CDHS. (Planning and Building Inspection, Public Works, Water Resources Agency, and Environmental Health) | Applicant's Engineer shall submit a hydrogeologic study and a GRRP if required to Environmental Health, CDHS, and the CRWQCB | Applicant's Engineer | Prior to filing Final Map |
| 243. | 5.1-1 | Agriculture: Prior to the approval of a tentative map for any development adjacent to an existing agricultural operation outside of the boundary of the specific plan, the applicant shall submit plans and supporting documentation | Applicant shall submit plans with supporting documentation for review and approval by the County | Applicant | Prior to the approval of tentative |

| | | | | | |
|---|---|---|---|---|---|
| 2-44 | 5.4-5a | demonstrating that a 200-foot agricultural buffer will be provided as set forth in Section 7.11 (Agricultural Buffers) of the Rancho San Juan Specific Plan. The plans and supporting documentation shall be subject to review and approval by the Monterey County Planning and Building Inspection Department and Agricultural Commissioner's Office. | | | map |
| | | ~~DUPLICATE~~ ~~BIOLOGY~~<br><br>~~No more than 30 days prior to grading or construction in or~~ ~~within 100 feet of potential habitat areas identified on Figure~~ ~~5.4-1, the project applicant shall complete a pre-construction~~ ~~survey conducted by a qualified biologist to determine if~~ ~~California red-legged frog occur. If either of this species is~~ ~~present, the following actions shall be taken:~~<br><br>~~• Heavy equipment operators shall be instructed to~~ ~~identify and avoid aquatic and riparian habitats;~~<br><br>~~• Temporary sediment settling basins and structures~~ ~~such as sediment fencing, straw bales, or other~~ ~~appropriate erosion control measures shall be used to~~ ~~delineate project area boundaries and prevent~~ ~~sediment-laden runoff from entering the drainage~~ ~~channels and riparian corridors;~~<br><br>~~• Construction activities occurring adjacent to the~~ ~~aquatic and riparian habitats shall occur during~~ ~~summer months when the drainage corridors are dry~~ ~~or nearly dry and rain is unlikely;~~<br><br>~~• Before construction begins a qualified biologist shall~~ ~~inform grading equipment operators of the potential~~ ~~presence of the California red-legged frog; its~~ ~~protected status, work boundaries, and measures to~~ ~~be implemented to avoid the incidental take of frogs~~ | ~~Applicant shall retain a biologist who~~ ~~shall complete a pre-construction survey.~~<br><br>~~If the red-legged frog is present,~~ ~~applicant shall take the actions provided~~ ~~in the mitigation measure to avoid~~ ~~impacts to the species.~~ | ~~Certified~~ ~~Biologist/Appl~~ ~~icant~~ | ~~Prior to~~ ~~grading or~~ ~~construction~~ |

| 245. | 5.6-1e | • A qualified biologist shall monitor grading activities occurring within 100 feet of the aquatic and riparian habitats; <br><br> • Food and food-related trash items associated with construction workers shall be enclosed in sealed containers and regularly removed from the project site to deter potential predators of California red-legged frog; <br><br> • Pets shall not be permitted on the construction site; <br><br> • All staging areas and all fueling and maintenance of vehicles and other equipment shall occur at least 20 meters (65 feet) from any riparian habitat, pond, stream, creek or other water body to ensure that habitat contamination does not occur from such activities. <br><br> ~~If California red-legged frog(s) are observed during the pre-construction survey and/or if the above avoidance measures cannot be implemented, any improvements proposed or to be adjacent to the aquatic and riparian habitats shall be done in consultation with the U.S. Fish and Wildlife Service to determine whether incidental take authorization is required, and to establish any additional avoidance measures.~~ <br><br> **NOISE** <br> Golf course maintenance operations shall prohibit greens mowing within 125 feet of any residence and fairway mowing within 200 feet of any residence between the hours of 10:00 p.m. and 6:30 a.m. in accordance with Table 5.6-1 of the EIR. | Applicant shall not engage in mowing of golf course greens between 10 p.m. and 6:30 a.m. | Applicant | Ongoing | |

| 246. | 5.7-2a | **AIR QUALITY** Provide bicycle paths within major subdivisions that link to an external network. Provide sidewalks to encourage pedestrian movement. | Applicant shall provide bicycle paths and sidewalks throughout the subdivision | Applicant | Prior to recordation of final map |
|---|---|---|---|---|---|
| 248. | 5.8-1a | **SOILS AND GEOLOGY** Prior to approval of the final map, a qualified soils engineer shall prepare a detailed analysis of specific characteristics and capabilities of underlying soils and shall identify potential geologic hazards. The report shall recommend, and the applicant shall implement, appropriate measures for the design of proposed structures to minimize property damage and safety hazards related to ground shaking and unstable or expansive soils to below a level of significance. | Soils engineer shall prepare a detailed analysis of site characteristics and recommend measures for appropriate design. | Soils engineer/applicant | Prior to approval of the final map |
| 249. | 5.9-3 | **HYDROLOGY/WATER QUALITY** Prior to issuance of a grading permit for the golf course, the applicant shall prepare a Golf Course Management Plan. The Management Plan shall include, but not be limited to, the following elements.<br>• The use of a state-of-the-art irrigation system that can (1) calculate the evaporative loss which occurs since the last irrigation cycle; (2) tell each sprinkler head how much to apply to replace the lost water; (3) apply water at a rate that will prevent runoff; (4) regulates pressure at each head to get maximum uniformity of water distribution and; and (5) allow the field staff to make site adjustments to compensate for shade, slope, sun exposure, etc.<br>• The reintroduction of drainage discharge water to the atmosphere to biodegrade nutrients and pesticides prior to the water entering drainage channels.<br>• The engagement of an experienced, Certified Golf Course Superintendent capable of effectively | Applicant shall prepare a golf course management plan | Applicant | Prior to issuance of a grading permit |

managing the golf course using the principles of Integrated Pest Management.

- The use of a computer controlled boom sprayer to apply all approved nutrient sprays and biocides to the golf course.

- The adherence to Federal, State and County Laws concerning the selection, storage, loading, use and disposal of regulated biocides.

- The construction of a state-of-the-art maintenance facility for storage of pesticides and herbicides.

- Pests would be controlled, not eradicated, using a variety of cultural, biological, and mechanical practices. Pesticide applications would be made only when there is no alternative measure of control. Applications would not be made in winds in excess of five miles per hour unless a spray shroud is used.

- Notification of the application of a pesticide would be made in accordance with California State Posting Laws.

- Green waste shall be composted and reused or transported to an appropriate landfill disposal site.

- The drainage system within the golf shall be designed to pick up low flow runoff and direct it into golf course water features to allow natural filtration of water pollutants to occur. Where water features are not proposed, low flow runoff would be directed to biofiltration areas.

- The use of a Certified Pesticide Applicator to apply

| | | the recommended biocide to the target pest. | | | |
|---|---|---|---|---|---|
| 250. | 5.10-1a | **WATER RESOURCES**<br>Prior to approval of any tentative map or use permit within the Specific Plan area, a groundwater supply analysis shall be completed. The analysis shall estimate the annual demand for groundwater associated with existing developed areas within the Rancho San Juan Specific Plan area as well as the amount of groundwater consumed by ongoing agricultural operations or other uses unrelated to development pursuant to the Specific Plan. Use of reclaimed water shall not be counted as groundwater demand. The sum of these groundwater demand sources shall be subtracted from the maximum annual allowed consumption of 3,370 af to determine the amount of supply available for the development contained on a proposed tentative map or use permit. If the supply is insufficient to meet the anticipated demand of a proposed development, the project applicant shall demonstrate, to the satisfaction of the County, that agricultural consumption will be proportionately reduced within the Specific Plan area or a supply of potable water not related to groundwater has been secured, either one of these methods shall be guaranteed in perpetuity. Water Resources Agency. | Applicant shall submit a groundwater supply analysis for review and approval by the County | Applicant | Prior to approval of the tentative map. |
| 251 | 5.1-9 | **LAND USE**<br>Concurrent with the approval of the Specific Plan, the GSAP shall be amended to add additional text to page 91 allowing exceptions to the height and lot coverage standards excluding parking and landscaping requirements for Rancho San Juan. (Planning and Building Inspection) | County will initiate amendment of Greater Salinas Area Plan (GSAP). | County | |
| 252 | 5.4-7b | **BIOLOGY**<br>Prior to the approval of a Tentative Map which would require removal of three or more oak trees protected by Monterey County (e.g. 6-inches or more in diameter), a Forest Management Plan shall be prepared as required by Monterey | Forest Management Plan to be prepared by qualified registered forester. | Applicant | |

| No. | Code | Description | Action | Responsibility | Timing |
|---|---|---|---|---|---|
| | | County Zoning Code section 21.64.260. The Forest Management Plan shall indicated the location of the protected trees to be removed for grading and/or construction, as well as protected trees that will not be removed but are adjacent to grading and/or construction limits (i.e. within twenty feet). All recommendations fro tree replanting, protection of trees not proposed for removal, and management measures included in the Forest Management Plan shall be included as conditions of project approval. (Planning and Building Inspection) | | | |
| 253 | 5.6-5e | **NOISE (Use Permit for Golf Course)** Golf Course maintenance operations shall prohibit greens mowing within 125 feet of any residence and fairway mowing within 200 feet of any residence between the hours of 10:00 p.m. and 6:30 a.m. | Applicant shall incorporate requirements into golf course maintenance operations. | Applicant and Golf Course Operator | On-going |
| 254 | 5.7-2c | **AIR QUALITY** Provide on-site childcare centers | Applicant shall provide physical space for operation of childcare centers. | Applicant | |
| 255 | 5.12-1-1c | **PUBLIC SERVICES AND UTILITIES** Prior to issuance of final permits for the wastewater treatment facility, a mosquito abatement plan shall be submitted to the Environmental County Health Department and to the Monterey County Mosquito Abatement District for review and approval to reduce potential impacts from proposed reclaimed water impounds. | Applicant shall prepare a Mosquito Abatement plan. | Applicant | |
| 256 | 5.12.9-2 | **PUBLIC SERVICES AND UTILITIES** 1. Levels of lighting, although limited to conform to the residential character of the setting will be incorporated into the project design to facilitate patrol performance; 2. Landscaping will be designed so as not to limit visibility of the homes for patrol purposes and residential security; 3. Address numbering will be consistent and a street guide will be provided at the entrance of residential subdivisions/multi-family complexes; 4. Doors surrounded by glass will be equipped by double | Applicant shall prepare a security plan for the review and approval of the Monterey County Sheriff. | Applicant | Prior to Certificate of Occupancy |

| | | | | |
|---|---|---|---|---|
| | | deadbolts. Single-cylinder deadbolts will be placed on all other doors. Sliding glass doors will have auxiliary locking devices; and<br><br>5. Residents who intend to incorporate alarm systems into their homes will be advised of the Sheriff's Department and Communication Department policies and asked to consult with representatives of these two departments prior to installation of such systems. According to County Ordinance, alarm systems must be registered with the Sheriff's Department prior to installation. | | |
| 257 | 5.1-14 | Prior to approval of tentative map, the project applicant shall demonstrate to the satisfaction of the County that public services are adequate to meet the needs of the proposed development | Applicant shall demonstrate agreement to pay all relevant fees and indicate which service would be provided by a Community Services District. | Applicant | Prior to Approval of Tentative Map |
| 258 | | To ensure adequate financing of the OMP during early phases of the development, applicant shall develop, execute and record an agreement with the CSD to finance incremental costs of OMP services over that amount collected as assessments of the CSD until such time that the assessments are adequate to fully finance costs of the OMP (Public Works) | Applicant shall submit agreement to Public Works | Applicant | Prior to recordation of final map |
| 259 | | The applicant shall coordinate the installation of underground utility facilities within the development to include pipes, valves, pumps, multi-duct conduit, pull boxes, vaults, and miscellaneous equipment to provide adequate facilities for all existing and future utilities including but not limited to gas, electric, water, sewer, telephone, cable TV, broadband telecommunications, video on demand, and other high speed internet connections. The applicant shall provide can and will serve letters from the various service providers by phase of the development. All underground improvements shall be shown on the subdivision improvement plans. A California Land Surveyor or a California Professional Engineer in Civil Engineering shall provide certification as to location and depth of all underground facilities through completion of "As Built" drawings. (Public Works) | Applicant shall submit can and serve letters to Public Works | Applicant | Prior to recordation of final map |

| | | | | | |
|---|---|---|---|---|---|
| 260 | 5.9-5b | Prior to approval of a tentative map or use permit within the Specific Plan area, the applicant shall submit a detailed drainage study as set forth in Section 6.4.4 (Storm Water System Design) of the Rancho San Juan Specific Plan. The study shall be submitted for review and approval by the Monterey County Public Works Department, Water Resources Agency, Environmental Health Division and the Planning and Building Inspection Department. The purpose of the study is to determine the best percolation sites for the storm water detention facilities. The study shall include additional soil borings to augment the preliminary boring program that was previously conducted | Applicant shall submit detailed drainage study to Public Works | Applicant | Prior to Approval of tentative map or use permit |
| 261 | 5.7-2h | Contribute funding to MCAPCD sufficient to repower nine existing agricultural pumps to offset NOx emissions | | | |
| 262 | 5.12.6-2 | **PARKS** Prior to issuance of a grading permit, the applicant shall implementation Mitigation Measures 5.4-1 through 5.4-5 (except for 5.4-1a and 5.4-2), 5.5-1 through 5.5-5, and 5.9-1, 5.9-4B, and 5.9-5 of the Specific Plan. (Planning and Building Inspection) | Submit evidence of compliance to PBI | Applicant | Prior to issuance of grading permit or approval of final map |
| 263 | 5.7-3 | **AIR QUALITY** NOTE ON FINAL MAP: Prior to issuance of a building permit for the wastewater treatment plant, the MBUAPCD shall review and approve odor control devices in accordance with Rule 216. Use Permit for Waste Water Permit. (Planning and Building Inspection) | Submit evidence of MBUAPCD approval to Planning and Building Inspection | Applicant | Prior to issuance of building permit |