UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  10/24/2006**  **Court Reporter: Not Reported**
**Case No: C-06-02369  JW**  **Interpreter: N/A**

**Related Case No. C-06-02202-JW Rangel et al v. County of Monterey et al**

## TITLE

Rancho San Juan Opposition Coalition, et. al. v. Board of Supervisors of the County of Monterey, et. al.

Attorney(s) for Plaintiff(s) in the Rancho case: Bill Pellman, Fredric Woocher
Attorney(s) for Plaintiff(s) in the Rangel case:  Joaquin Avila
Attorney(s) for Defendant(s):  Stephan Roberts,

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case management held telephonically.  Counsel for respective parties were present.  The Court consolidated the related cases for the purposes of the cross-motions for summary judgment.  Future filing shall bear the following caption: "In re Monterey Referendum."  The Court set the hearing for the Cross-Motions for Summary Judgment on **12/11/2006 at 9:00.**  The parties shall adhere to the following briefing schedule:
    1) Opening briefs shall be filed by 11/6/2006.
    2) Oppositions shall be filed by 11/20/2006.
    3) Replies to oppositions shall be filed by 11/27/2006.