IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re County of Monterey Initiative Matter

and

In re Monterey Referendum.
_____/

NO. C 06-01730 JW
NO. C 06-02202 JW
NO. C 06-02369 JW

**SUMMARY JUDGMENT**

Pursuant to the Court's March 28, 2007 Order Denying Rangel Plaintiffs' Request for the Convening of a Three Judge Court; Granting the Melendez and Rancho San Juan Opposition Coalition Plaintiffs' Motion for Summary Judgment; and Ordering the County of Monterey to Submit the Initiative and Referendum to Voters of Monterey County at the June 5, 2007 County Election, the Court enters judgment as follows:

1) In case **C 06-01730**, judgment is entered in favor of Plaintiffs William Melendez, Ken Gray, Jyl Jutes, Carolyn Anderson, and Landwatch Monterey County, against Defendant the County of Monterey. The County shall submit the Monterey County Quality of Life, Affordable Housing, and Voter Control Initiative, in its entirety and without alteration, to the voters of Monterey County at the June 5, 2007 county election. The Plaintiffs are entitled to recover reasonable costs and fees.

2) In case **C 06-02202**, judgment is entered in favor of Defendant the County of Monterey, against Plaintiffs Sabas Rangel and Maria Buell. The injunction against placing the Referendum Against Resolution No. 05-305 is denied.

3) In case **C 06-02369**, judgment is entered in favor of Plaintiffs Rancho San Juan Opposition Coalition, Citizens for Responsible Growth, and Julie Engell, against Defendants the County of Monterey. The County shall submit the Referendum Against Resolution No. 05-305, in its entirety and without alteration, to the voters of Monterey County at the June 5, 2007 county election. The Plaintiffs are entitled to recover reasonable costs and fees.

Upon timely request, the Court reserves for post-judgment consideration of any motion for reasonable attorneys' fees or costs by a prevailing party.

Dated: March 29, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ciaran O'Sullivan cosullivan@nossaman.com
Fredric D. Woocher fwoocher@strumwooch.com
Joaquin Guadalupe Avila avilaj@seattleu.edu
Leroy W. Blankenship blankenshipl@co.monterey.ca.us
Michael J. Strumwasser mstrumwasser@strumwooch.com
Stephen N. Roberts sroberts@nossaman.com

**Dated: March 29, 2007**                                **Richard W. Wieking, Clerk**

                                            **By:    /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California