FREDRIC D. WOOCHER (SBN 96689)
MICHAEL J. STRUMWASSER (SBN 58413)
BRYCE A. GEE (SBN 222700)
STRUMWASSER & WOOCHER LLP
100 Wilshire Boulevard, Suite 1900
Santa Monica, California 90401
Telephone:  (310) 576-1233
Facsimile:   (310) 319-0156
E-mail: fwoocher@strumwooch.com

J. WILLIAM YEATES (SBN 84343)
KEITH G. WAGNER (SBN 210042)
JASON R. FLANDERS (SBN 238007)
LAW OFFICE OF J. WILLIAM YEATES
3400 Cottage Way, Suite K
Sacramento, CA 95825
Telephone:  (916) 609-5000
Facsimile:   (916) 609-5001
E-mail: byeates@enviroqualitylaw.com

*Attorneys for Plaintiffs Rancho San Juan Opposition Coalition, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MONTEREY REFERENDUM,<br><br>RANCHO SAN JUAN OPPOSITION COALITION; et al.,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY; et al.,<br><br>Respondents and Defendants. | CASE NO. C 06-02369 JW<br><br>SECOND JOINT STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES<br><br>Judge: Hon. James Ware<br>Ctrm: 8 |

1     WHEREAS, on March 29, 2007, the Court entered summary judgment in Case No. C 06-02369 in favor of Plaintiffs Rancho San Juan Opposition Coalition, Citizens for Responsible Growth, and Jule Engell ("Plaintiffs"), and against Defendant County of Monterey ("Defendant");

    WHEREAS, in that judgment, the Court ordered that Plaintiffs are entitled to recover their reasonable costs and attorneys' fees, and reserved for post-judgment consideration of any motion for reasonable attorneys' fees or costs;

    WHEREAS, under Rule 54 of the Federal Rules of Civil Procedure and Civil Local Rule 54-6 of the Local Rules for the Northern District of California, a motion for an award of attorneys' fees must be served and filed within 14 days of entry of judgment by the District Court, and pursuant to Civil Local Rule 54-6, subdivision (b), counsel is to meet and confer prior to the filing of said motion for the purpose of attempting to resolve any disputes with respect to the motion;

    WHEREAS, the time to file Plaintiffs' attorneys' fees motion was extended to May 11, 2007, by joint stipulation entered on April 11, 2007;

    WHEREAS, on April 11, 2007, Defendant filed a Motion to Clarify or Alter Judgment, which tolled the time to file any attorneys' fees motion until after resolution of that motion, *see, e.g., Bailey v. County of Riverside*, 414 F.3d 1023, 1025 (9th Cir. 2005);

    WHEREAS, on May 17, 2007, the Court denied Defendant's Motion to Clarify or Alter Judgment;

    WHEREAS, pursuant to Rule 54 of the Federal Rules of Civil Procedure, Plaintiffs' attorneys' fees motion will be due on May 31, 2007;

    WHEREAS, counsel for Plaintiffs and Defendant have arranged to meet and confer in an effort to resolve this issue without further litigation or to narrow the issues for further litigation, and they desire a short extension of time so that those discussions and negotiations may proceed prior to the deadline for Plaintiffs to file their motion for attorneys' fees;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among and between Plaintiffs and Defendant, through their counsel of record, that the time for Plaintiffs to file a motion for attorneys' fees in this action should be extended for 30 days until June 30, 2007.

1

```
 1  DATE: May 25, 2007                Respectfully submitted,
 2
                                      STRUMWASSER & WOOCHER LLP
 3                                    Fredric D. Woocher
                                      Michael J. Strumwasser
 4                                    Bryce A. Gee

 5                                    By _____
                                            Fredric D. Woocher
 6
                                      Attorneys for Plaintiffs Rancho San Juan Opposition
 7                                    Coalition, et al.

 8
    DATE: May 25, 2007                NOSSAMAN, GUTHNER, KNOX & ELLIOT, LLP
 9                                    Stephen N. Roberts
10
                                      By _____
11                                          Stephen N. Roberts
12
                                      Attorneys for Defendant County of Monterey
13

14

15  IT IS SO ORDERED.
16
17
    Dated: ___May 29 2007___           _____
18                                           Honorable James Ware
                                             United States District Judge
19
```

2

*Rancho San Juan Opposition Coalition, et al. v. Board of Supervisors, et al. (In re Monterey Referendum)*
Case No. C 06-02369 JW
SECOND JOINT STIPULATION TO EXTEND TIME