1  FREDRIC D. WOOCHER (SBN 96689)
   MICHAEL J. STRUMWASSER (SBN 58413)
2  BRYCE A. GEE (SBN 222700)
   STRUMWASSER & WOOCHER LLP
3  100 Wilshire Boulevard, Suite 1900
   Santa Monica, California 90401
4  Telephone:   (310) 576-1233
5  Facsimile:   (310) 319-0156
   E-mail: fwoocher@strumwooch.com
6
   J. WILLIAM YEATES (SBN 84343)
7  KEITH G. WAGNER (SBN 210042)
   JASON R. FLANDERS (SBN 238007)
8  LAW OFFICE OF J. WILLIAM YEATES
9  3400 Cottage Way, Suite K
   Sacramento, CA 95825
10 Telephone:   (916) 609-5000
   Facsimile:   (916) 609-5001
11 E-mail: byeates@enviroqualitylaw.com

12 *Attorneys for Plaintiffs Rancho San Juan Opposition*
   *Coalition, et al.*
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17

18  IN RE MONTEREY REFERENDUM,            CASE NO. C 06-02369 JW

19                                        JOINT STIPULATION PURSUANT
    RANCHO SAN JUAN OPPOSITION            TO CIVIL L.R. 6-2 TO FURTHER
20  COALITION; et al.,                    EXTEND TIME TO FILE MOTION
                                          FOR ATTORNEYS' FEES
21
                    Petitioners and Plaintiffs,
22
                                          Judge: Hon. James Ware
23       v.                               Ctrm: 8

24  BOARD OF SUPERVISORS OF THE
25  COUNTY OF MONTEREY; et al.,

26                   Respondents and Defendants.

27

28

1    WHEREAS, on March 29, 2007, the Court entered summary judgment in Case No. C 06-2369 in favor of Plaintiffs Rancho San Juan Opposition Coalition, Citizens for Responsible Growth, and Jule Engell ("Plaintiffs"), and against Defendant County of Monterey ("Defendant");

WHEREAS, in that judgment, the Court ordered that Plaintiffs are entitled to recover their reasonable costs and attorneys' fees, and reserved for post-judgment consideration of any motion for reasonable attorneys' fees or costs;

WHEREAS, under Rule 54 of the Federal Rules of Civil Procedure and Civil Local Rule 54-6 of the Local Rules for the Northern District of California, a motion for an award of attorneys' fees must be served and filed within 14 days of entry of judgment by the District Court, and pursuant to Civil Local Rule 54-6, subdivision (b), counsel is to meet and confer prior to the filing of said motion for the purpose of attempting to resolve any disputes with respect to the motion;

WHEREAS, the time to file Plaintiffs' attorneys' fees motion was extended to May 11, 2007, by joint stipulation entered on April 11, 2007;

WHEREAS, on April 11, 2007, Defendant filed a Motion to Clarify or Alter Judgment, which tolled the time to file any attorneys' fees motion until after resolution of that motion, *see, e.g., Bailey v. County of Riverside*, 414 F.3d 1023, 1025 (9th Cir. 2005);

WHEREAS, on May 17, 2007, the Court denied Defendant's Motion to Clarify or Alter Judgment;

WHEREAS, the time to file Plaintiffs' attorneys' fees motion was extended to June 30, 2007, by joint stipulation entered on May 29, 2007, in order to facilitate settlement discussions;

WHEREAS, counsel for Plaintiffs and Defendant have begun settlement discussions, and are hopeful that they can resolve this issue without further litigation, and they desire a short extension of time so that those discussions and negotiations may proceed prior to the deadline for Plaintiffs to file their motion for attorneys' fees;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among and between Plaintiffs and Defendant, through their counsel of record, that the time for Plaintiffs to file a motion for attorneys' fees in this action should be extended for 30 days until July 30, 2007.

1

| | | |
|---|---|---|
| 1 | DATE: June 26, 2007 | Respectfully submitted, |
| 2 | | STRUMWASSER & WOOCHER LLP |
| 3 | | Fredric D. Woocher |
| | | Michael J. Strumwasser |
| 4 | | Bryce A. Gee |
| 5 | | By _____ |
| | | Fredric D. Woocher |

*Attorneys for Plaintiffs Rancho San Juan Opposition Coalition, et al.*

DATE: June 26, 2007

NOSSAMAN, GUTHNER, KNOX & ELLIOT, LLP
Stephen N. Roberts

By _____
Stephen N. Roberts

*Attorneys for Defendant County of Monterey*

IT IS SO ORDERED.   The parties shall file their Motion for Attorneys' Fees on or before July 30, 2007. The parties shall refer to the Court's website for the Judge's availability to hear the motion.

Dated: ____June 27, 2007____   _____
Honorable James Ware
United States District Judge

2

*Rancho San Juan Opposition Coalition, et al. v. Board of Supervisors, et al. (In re Monterey Referendum)*
Case No. C 06-02369 JW
JOINT STIPULATION TO FURTHER EXTEND TIME